IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CINCLIPS, LLC, ) <br> a Georgia Limited Liability Company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Z KEEPERS, LLC, ) <br> a Florida Limited Liability Company, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. _____ <br><br><br> JURY TRIAL DEMAND |

## COMPLAINT AND JURY DEMAND

Plaintiff, CINCLIPS, LLC, alleges upon information and belief, as follows:

### THE PARTIES

1. Plaintiff, Cinclips, LLC ("Cinclips"), is a Georgia Limited Liability Company, having its principal place of business in Georgia and having an office at 2385 Southers Circle, Suwanee, GA 30024.

2. Upon information and belief, Defendant, Z Keepers, LLC ("Defendant") is a Florida Limited Liability Company, having its principal place of business in Florida and having an office at 1410 8th Avenue West, Bradenton, FL 34205. Upon information and belief, Defendant manufactures, offers for sale, uses, and/or sells products under the name U-Mounts that duly embody the invention as claimed herein.

3. This action has arisen under the patent laws of the United States, Title 35 United States Code, Section 271 *et seq.*

4. Jurisdiction of this action arises under 28 U.S.C. §§ 1331 and 1338(a). Venue is

predicated under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

### The Asserted Patent

5. Cinclips is the owner of all right, title, and interest in United States Patent No. 9,133,609 (the '609 Patent) which was duly and lawfully granted on September 15, 2015 naming inventor Dow Blaine for an invention entitled "Mounting Driver for Undermounted Sinks." A true copy of the '609 Patent is attached as Exhibit A. Cinclips has recorded its ownership of the '609 Patent with the U.S. Patent and Trademark Office.

6. The '609 Patent describes and claims, among other things, a mounting driver for undermounting a sink to a support surface.

### COUNT I – Patent Infringement of U.S. Patent 9,133,609

7. Defendant has infringed, directly, contributorily, and/or by inducement, at least independent claims 8 and 16 of the '609 Patent by having made, offering for sale, using, selling, and/or importing products under the name U-Mounts that duly embody the invention as claimed herein.

8. Defendant's U-Mounts product does not have an alternate, non-infringing use.

9. Defendant is on notice of Cinclips' '609 Patent and is on notice of Cinclips' products.

10. Defendant's acts have been without right, license, or permission from Cinclips.

11. On information and belief, Defendant has willfully, deliberately, and intentionally infringed the '609 Patent.

12. Defendant's willful, deliberate, and intentional infringement of the '609 Patent has caused Cinclips irreparable harm and damages, including lost sales, lost profits, lost sales opportunities, and loss of goodwill, in an amount to be determined at trial.

13. Defendant's willful, deliberate, and intentional infringement of the '609 Patent has also caused Cinclips further irreparable harm and damages, and will entitle it to recover, among other things, treble damages, attorneys' fees, and costs.

14. On information and belief, Defendant intends to continue the infringing activities described above.

15. Plaintiff has no adequate remedy without intervention of this Court.

16. This case is "exceptional" within the meaning of 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Cinclips requests the following relief:

A.  A judgment and decree that Defendant has infringed the '609 Patent;

B.  An injunction be granted preliminarily and permanently restraining Defendant, its officers, agents, attorneys, employees, and those acting in privity or concert with them from engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of products claimed in Cinclips' '609 Patent or components or materials especially made or especially adapted for use in an infringement of Cinclips' '609 Patent;

C.  An accounting of all damages to Cinclips from Defendant's infringement, inducement of infringement, contributory infringement, and willful infringement, and that such damages be awarded to Cinclips with interest and costs;

D.  An order requiring Defendant to recall all of its infringing products currently in the marketplace;

E.  A determination that Defendant's infringement of the '609 Patent has been willful, and award of treble damages pursuant to 35 U.S.C. § 284;

F.  A determination that, pursuant to 35 U.S.C. § 285, this is an exceptional case and an award of the costs and reasonable attorneys' fees incurred by Cinclips in connection with this action; and

G.  Awarding any such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

Date: April 29, 2016

/s/ _____
Woodrow H. Pollack
Florida Bar No. 26802
Trial Counsel
GrayRobinson, P.A.
401 E. Jackson Street
Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (facsimile)
woodrow.pollack@gray-robinson.com

*Counsel for Plaintiff*

US009133609B2

US 9,133,609 B2

## (12) United States Patent
### Blaine

(10) Patent No.: **US 9,133,609 B2**
(45) Date of Patent: **Sep. 15, 2015**

(54) **MOUNTING DRIVER FOR UNDERMOUNTED SINKS**

(71) Applicant: **Dow Blaine**, Suwanee, GA (US)

(72) Inventor: **Dow Blaine**, Suwanee, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 52 days.

(21) Appl. No.: **14/095,461**

(22) Filed: **Dec. 3, 2013**

(65) **Prior Publication Data**

US 2015/0108308 A1    Apr. 23, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/894,748, filed on Oct. 23, 2013.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *E03C 1/32* | (2006.01) | |
| *E03C 1/33* | (2006.01) | |
| *F16B 9/02* | (2006.01) | |
| *A47B 77/06* | (2006.01) | |
| *A47K 1/05* | (2006.01) | |

(52) **U.S. Cl.**
CPC .............. ***E03C 1/335*** (2013.01); ***A47B 77/06*** (2013.01); ***A47K 1/05*** (2013.01); ***F16B 9/026*** (2013.01); ***E03C 1/32*** (2013.01); ***E03C 1/33*** (2013.01)

(58) **Field of Classification Search**
CPC ........... E03C 1/335; E03C 1/33; F16B 9/026; F16B 9/02; F16B 9/00
USPC ................... 248/251; 4/632, 633, 634, 695
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,253,924 | A * | 1/1918 | Barnett | 248/241 |
| 2,846,695 | A * | 8/1958 | Hartog | 4/633 |
| 3,022,519 | A | 2/1959 | Lang | |
| 3,229,310 | A * | 1/1966 | Ensch | 4/636 |
| 3,365,732 | A * | 1/1968 | Juergens et al. | 4/634 |
| 3,412,727 | A * | 11/1968 | Hurko | 126/211 |
| 4,432,106 | A | 2/1984 | Smith | |
| 4,504,986 | A * | 3/1985 | Vigh | 4/633 |
| 4,613,995 | A * | 9/1986 | Ricke | 4/634 |
| 5,014,371 | A | 5/1991 | Heel | |
| 5,538,206 | A | 7/1996 | Sather | |
| 5,664,265 | A * | 9/1997 | Gotter et al. | 4/634 |
| 5,743,501 | A | 4/1998 | Rapp | |
| 5,911,521 | A | 6/1999 | Steinmetz et al. | |
| 7,429,021 | B2 | 9/2008 | Sather et al. | |
| 7,698,753 | B2 | 4/2010 | Jones et al. | |
| 8,070,110 | B2 | 12/2011 | Jones et al. | |
| 8,146,873 | B2 | 4/2012 | Johnson | |
| 8,166,618 | B2 | 5/2012 | Eriksson | |
| 8,356,367 | B2 | 1/2013 | Flynn | |
| 2008/0313804 | A1* | 12/2008 | Osterroth et al. | 4/695 |
| 2010/0301175 | A1* | 12/2010 | Grayson | 248/27.1 |
| 2012/0222213 | A1 | 9/2012 | Booth et al. | |

* cited by examiner

*Primary Examiner* — Mark Wendell
(74) *Attorney, Agent, or Firm* — Welsh Flaxman & Gitler LLC

(57) **ABSTRACT**

A mounting driver for undermounting a sink to a support surface includes a support bar shaped and dimensioned for positioning between an underside of the sink and a wall of a cabinet at an angular orientation relative to the wall. The support bar includes a first end and a second end. The mounting driver also includes a mounting bracket shaped and dimensioned for fixed attachment to the wall of the cabinet, the mounting bracket including a recess shaped and dimensioned to receive the second end of support bar. With the first end of the support bar pressed against the underside of the sink, the second end of the support bar is secured within the mounting bracket rigidly secured to the wall of the cabinet.

**20 Claims, 8 Drawing Sheets**



EXHIBIT A



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

FIG. 6

FIG. 7



FIG. 9

FIG. 10

FIG. 11

FIG. 8

U.S. Patent    Sep. 15, 2015    Sheet 6 of 8    US 9,133,609 B2



FIG. 12



FIG. 14



FIG. 13



FIG. 15



FIG. 16

FIG. 17

FIG. 18

US 9,133,609 B2

1

# MOUNTING DRIVER FOR UNDERMOUNTED SINKS

## CROSS REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 61/894,748, entitled "MOUNTING DRIVER FOR UNDERMOUNTED SINKS," filed Oct. 23, 2013.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present application is directed to an undermounting system for a sink.

2. Description of the Related Art

Undermounting of sinks fully beneath the surface of a countertop has become very popular based upon the aesthetics of a countertop that is unencumbered with the rim of a sink. In addition, and without the rim of the sink mounted upon the upper surface of a countertop, there is no seam between the rim and the countertop in which dirt and grime may accumulate.

However, the ability to securely support a sink positioned beneath a granite countertop is very limited as one cannot simply screw the sink to the underside of the countertop. With this in mind, a need continues to exist for a sink supporting structure allowing for secure and stable support of the sink without the need for elaborate and expensive mounting structures.

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide a mounting driver for undermounting a sink to a support surface. The mounting driver includes a support bar shaped and dimensioned for positioning between an underside of the sink and a wall of a cabinet at an angular orientation relative to the wall. The support bar includes a first end and a second end. The mounting driver also includes a mounting bracket shaped and dimensioned for fixed attachment to the wall of the cabinet, the mounting bracket including a recess shaped and dimensioned to receive the second end of the support bar. With the first end of the support bar pressed against the underside of the sink, the second end of the support bar is secured within the mounting bracket rigidly secured to the wall of the cabinet.

It is also an object of the present invention to provide a mounting driver wherein the support bar is an elongated member including a central support body having an I-beam construction.

It is another object of the present invention to provide a mounting driver wherein the support bar is an elongated member including a central support body and the first end of the support bar includes a sink engaging member.

It is a further object of the present invention to provide a mounting driver wherein the sink engaging member includes a curved surface shaped and dimensioned to engage the underside of the sink.

It is also an object of the present invention to provide a mounting driver wherein the sink engaging member includes a long axis greater than a width of the central support body.

It is another object of the present invention to provide a mounting driver wherein the support bar includes a tapered outward transition between the central support body and the sink engaging member.

2

It is a further object of the present invention to provide a mounting driver wherein the second end of the support bar includes a rounded distal end.

It is also an object of the present invention to provide a mounting driver wherein the support bar tapers inwardly with respect to a length of the central support body as it extends to the second end of the support bar.

It is another object of the present invention to provide a mounting driver wherein the mounting bracket is substantially U-shaped.

It is a further object of the present invention to provide a mounting driver wherein the mounting bracket includes a wall engaging surface and an exposed surface.

It is also an object of the present invention to provide a mounting driver wherein the mounting bracket includes a first leg, a second leg, and a connecting member connecting the first leg to the second leg in a manner defining a recess shaped and dimensioned to receive the second end of the support bar.

It is another object of the present invention to provide a mounting driver wherein the mounting bracket also includes screw holes laterally extending therethrough.

It is a further object of present invention to provide a mounting driver for undermounting a sink to a support surface including a support bar shaped and dimensioned for positioning between an underside of the sink and a wall of a cabinet at an angular orientation relative to the wall, the support bar including a first end and a second end. The second end of the support bar is curved such that a back surface cap member of the support bar defines a concave surface along a back side of the support bar, and extending through the back surface cap member are a plurality of holes formed along the length of the second end of the support bar. With the first end of the support bar pressed against the underside of the sink, the second end of the support bar is rigidly secured to the wall of the cabinet.

It is also an object of the present invention to provide a method for undermounting a sink to a countertop. The method includes positioning a sink along a lower surface of a countertop and positioning a mounting driver between a rim of the sink and a wall of a cabinet upon which the countertop is mounted. The mounting driver includes a support bar and a mounting bracket, wherein the support bar includes a first end and a second end and the mounting bracket includes a recess shaped and dimensioned to receive the second end of the support bar. The method includes securing the mounting bracket to the wall of the cabinet in a position adjacent to the sink to create a secure supporting structure for the sink.

Other objects and advantages of the present invention will become apparent from the following detailed description when viewed in conjunction with the accompanying drawings, which set forth certain embodiments of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1** and **2** are sectional views respectively from the front of the sink and the side of the sink showing a sink undermounted to a countertop using the mounting driver in accordance with the present invention.

FIG. **3** is a bottom plan view of the sink undermounted to the countertop using the mounting driver in accordance with the present invention.

FIG. **4** is a detailed side view of the sink undermounted to the countertop using the mounting driver in accordance with the present invention.

FIGS. **5**, **6**, and **7** are respectively a side view, a top plan view and a perspective view of the mounting driver in accordance with the present invention.

3

FIGS. **8**, **9**, **10**, and **11** are respectively a perspective view, a top cross-sectional view along the line **9-9** in FIG. **10**, a side view and a lateral cross sectional view along the line **11-11** in FIG. **10** of the mounting driver in accordance with the present invention.

FIGS. **12**, **13**, **14** and **15** are respectively a side plan view, a bottom plan view, a perspective view and a cross sectional view along the line **15-15** in FIG. **13** of the mounting driver in accordance with the present invention.

FIGS. **16**, **17** and **18** are respectively a perspective view, a side view and a detailed plan view of a mounting driver in accordance with an alternate embodiment.

DESCRIPTION OF THE PREFERRED EMBODIMENT

The detailed embodiment of the present invention is disclosed herein. It should be understood, however, that the disclosed embodiment is merely exemplary of the invention, which may be embodied in various forms. Therefore, the details disclosed herein are not to be interpreted as limiting, but merely as a basis for teaching one skilled in the art how to make and/or use the invention.

With reference to FIGS. **1** to **15**, a mounting driver **10** for undermounting a sink **12** to a support surface **14** is disclosed. The mounting driver **10** includes a support bar **16** shaped and dimensioned for positioning between an underside **18** of the sink **12** and a mounting bracket **42** secured to a wall **20** of a cabinet **22** at an angular orientation relative to the wall **20**.

As those skilled in the art certainly will appreciate, an undermounted sink **12** is positioned beneath the support surface **14** such that the rim **24** of the sink **12** is hidden beneath the support surface **14**. Undermounting is most commonly employed in conjunction with granite countertops, but may be used in conjunction with a variety of surfacing materials within the spirit of the present invention.

With this in mind, and as will be fully appreciated based upon the following disclosure, the countertop, that is, the support surface, **14** includes an upper surface **26** and a lower surface **28**, wherein the upper surface **26** is exposed to the external environment and the lower surface **28** faces downwardly, for example, into a cabinet **22** upon which the countertop **14** is mounted. A sink hole **30** is cut within the countertop **14** providing an opening into which the sink **12** is positioned. The sink hole **30** is shaped and dimensioned to substantially conform with the concave bowl **32** of the sink **12** such that the profile of the bowl **32** is aligned with the hole **30** when installation is complete.

As mentioned above, the sink **12** includes a concave bowl **32**. The bowl **32** includes an outer circumference **34** from which a sink rim **24** extends. The sink rim **24** is substantially planar and sits within a plane aligned with the upper edge **38** of the concave bowl **32**, that is, the outer circumference **34** of the concave bowl **32**. As such, the sink rim **24** defines a substantially flat surface which may be positioned along the lower surface **28** of the countertop **14** preferably in the area adjacent the sink hole **30**. When properly installed the concave bowl **32** will form a continuous surface with interior wall **40** of the sink hole **30**, that is, the exposed portion of the countertop **14** extending between the upper surface **26** and the lower surface **28** when the sink hole **30** is cut in the countertop **14**.

As briefly mentioned above, the mounting driver **10** is composed of a support bar **16** and a mounting bracket **42** extends between the underside **25** of the sink rim **24** and the wall **20** of a cabinet **22** upon which the countertop **14** is mounted. Both the support bar **16** and the mounting bracket

4

**42** are preferably injection molded. The support bar **16** is a rigid, elongated member and includes a first end **44** and a second end **46**, wherein the mounting bracket **42** is shaped and dimensioned for fixed attachment to the wall **20** of the cabinet **22** so as to support the second end **46** of the support bar **16** when installed in accordance with the present invention. The mounting bracket **42** includes a recess **48** shaped and dimensioned to receive the second end **46** of the support bar **16**, such that when the first end **44** of the support bar **16** is pressed against the underside of the sink **12**, in particular, the underside **25** of the sink rim **24** when the sink rim **24** is pressed upwardly into contact with the lower surface **28** of the countertop **14**, the second end **46** of the support bar **16** is supported by the recess **48** of the mounting bracket **42** rigidly secured to the wall **20** of the cabinet **22** such that all of the downward force of the sink **12** is transferred to the mounting bracket **42** and ultimately the wall **20** of the cabinet **22** to which the mounting bracket **42** is secured.

The support bar **16** is a rigid, elongated member constructed with a trussed cross section increasing the strength and stability thereof. In particular, the support bar **16** includes a central support body **50** having an I-beam construction. That is, the central support body **50**, when viewed along a cross sectional plane taken perpendicular to the longitudinal axis extending from the first end **44** of the elongated support bar **16** to the second end **46** of the elongated support bar **16**, has a rectangular member **52** with a width **54** and a length **56** as well as a longitudinal axis **57** extending from a first end **58** of the rectangular member **52** to a second end **60** of the rectangular member **52** along the length **56** of the rectangular member **52**. The central support body **50** also includes first and second cap members **62**, **64** positioned at the first and second ends **58**, **60** of the rectangular member **52**. Each of the cap members **62**, **64** also includes a width **66** and a length **68** as well as a longitudinal axis **70** extending from a first end **72** thereof to a second end **74** thereof wherein the longitudinal axes **70** of the cap members **62**, **64** are perpendicular to the longitudinal axis **57** of the rectangular member **52**.

Formed at the first end **44** of the support bar **16** is a sink engaging member **76**. The sink engaging member **76** includes a curved surface **78** shaped and dimensioned to engage the underside **25** of the rim **24** of the sink **12** without damaging the sink **12**. The sink engaging member **76** includes a long axis **80** which is substantially parallel to the longitudinal axes **70** of the cap members **62**, **64** discussed above and perpendicular to the longitudinal axis **57** of the central support body **50**. With this in mind, the distance from a first end **82** of the sink engaging member **76** to the second end **84** of the sink engaging member **76**, that is, along a lateral length dimension substantially parallel to a plane tangent the curved surface **78** of the sink engaging member **76**, is greater than the width **54** of the central support body **50**.

The support bar **16** is constructed such that a tapered outward transition exists between the central support body **50** and the sink engaging member **76** so as to create the enlarged curved surface **78** of the sink engaging member **76**. The enlarged construction of the sink engaging member **76** creates a greater surface area as the support bar **16** engages the underside **25** of the rim **24** of the sink **12**. More particularly, and considering the fact that the support bar **16** has a longitudinal axis as it extends from the first end **44** thereof to the second end **46** thereof, the first end **44**, that is, the sink engaging member **76**, extends laterally outwardly from a plane bisecting the longitudinal axis of the support bar **16**. The outward extension is symmetrical with respect to the plane.

5

As to the second end **46** of the support bar **16**, it is consistent in width with the central support body **50** of the support bar **16**, but tapers inwardly with respect to the length **56** of the central support body **50** such that it fits within the recess **48** of the mounting bracket **42**. In particular, the back surface defined by the cap member **64** is flat from the first end **44** to the second end **46** of the support bar **16** while the front surface defined by the cap member **62** angles toward the back surface as it extends toward the second end **46** of the support bar **16**. As with the first end **44**, the second end **46** of the support bar **16** includes a rounded distal end **47**. It is appreciated the curved surfaces at the first end **44** and the second end **46** of the support bar **16** allow for mounting of the support bar **16** at various angular orientations relative to the wall **20** of the cabinet **22** and the sink **12**.

Referring now to the mounting bracket **42**, it is substantially U-shaped and, therefore, includes the briefly discussed central recess **48**. More particularly, the mounting bracket **42** is of rigid construction and has a substantially planar construction including wall engaging surface **86** and an exposed surface **88**. When viewed looking downwardly onto either the wall engaging surface **86** or the exposed surface **88**, the mounting bracket **42** includes a first leg **90**, a second leg **92**, and a connecting member **94** connecting the first leg **90** to the second leg **92**. Because of the thickness of the mounting bracket **42** as it extends from the wall engaging surface **86** to the exposed surface **88**, each of the first leg **90**, the second leg **92**, and the connecting member **94**, includes an internal side wall **90**a, **92**a, **94**a. The side walls **90**a, **92**a, **94**a of these members respectively define the recess **48** in which the second end **46** of the support bar **16** sits when the device is positioned for supporting a sink **12**. In accordance with a preferred embodiment, the side wall **94**a of the connecting member **94**, that is, the side wall **94**a extending between the first leg **90** and the second leg **92**, has a concave surface with a rounded profile matching the rounded distal end **47** at the second end **46** of the support bar **16**. This round, concave surface forces the second end **46** of the support bar **16** into the concavity thereof during installation and prevents inadvertent dislodging of the support bar **16** from the mounting bracket **42** after installation.

Dislodgement is prevented and installation is enhanced by the provision of mating recesses **91**, **93** and protrusions **49**a, **49**b respectfully provided on the side walls **90**a, **92**a of the first and second legs **90**, **92** and the lateral edges **46**a, **46**b formed at the second end **46** of the support bar **16**. In particular, when the second end **46** of the support bar **16** is positioned within the recess **48** of the mounting bracket **42**, the rounded distal end **47** sits within the concave side wall **94**a, while the protrusions **49**a, **49**b at the second end **46** of the support bar **16** snap into the pivot recesses **91**, **93** of the side walls **90**a, **92**a of the first and second legs **90**, **92**. With this mating arrangement the second end **46** of the support bar **16** is frictionally held with the recess **48** and permitted to pivot relative thereto in a manner enhancing installation at various orientations.

The mounting bracket **42** also includes screw holes **96**, **98** laterally extending therethrough, that is, from the exposed surface **88** to the wall engaging surface **86**, for the passage of mounting screws **100** in accordance with the usage of the present invention. The screw holes **96**, **98** are further provided with extending lips **97**, **99** assisting in controlling the penetration of the screws upon installation. In accordance with a preferred embodiment, a first aperture **96** is formed in the base of the first leg **90**, that is, adjacent the meeting point of the first leg **90** and the connecting member **94** and a second aperture **98** is formed in the base of a second leg **92**, that is,

6

adjacent the meeting point of the second leg **92** and the connecting member **94**. The positioning of the apertures **96**, **98**, and the screws **100** associated therewith, is selected so as to optimize the distribution of forces when the mounting driver **10** is properly positioned for supporting a sink **12**.

In practice, the sink **12** is held in position along the lower surface **28** of the countertop **14** with the rim **24** in alignment with the sink hole **30**. The second end **46** of the support bar **16** is then snapped into the recess **48** of the mounting bracket **42**. With the support bar **16** and mounting bracket **42** as a single unit, the first end **44** of the mounting driver **10** is pressed into engagement with the underside **25** of the rim **24**. Upward pressure is applied to the mounting driver **10** with the mounting bracket **42** held against the wall **20** of the cabinet. Once the mounting driver **10** is positioned properly and adequate upward pressure is applied, screws **100** are passed through the screw holes **96**, **98** and into the wall **20** of the cabinet **22**. With the screws **100** applied, attachment is complete. It is appreciated that washers may be used in conjunction with the screws where deemed necessary and additional structural support may be incorporated to the installation process where the wall of the cabinet or other surface is not considered adequate to support the weight of the sink.

With the second end **46** of the support bar **16** securely positioned within the recess **48**, the first end **44** in engagement with the under surface of the sink **12**, and the mounting bracket **42** fixedly attached to the wall **20** of the cabinet **22**, the weight of the sink **12** forces the second end **46** into the mounting bracket **42**, which is supported by the screws **100** and the wall **20** of the cabinet **22**, and creates a secure supporting structure for the sink **12**. Multiple support mounting drivers **10** may be positioned at various locations about the circumference of the sink **12** to ensure proper support thereof.

It is appreciated the present mounting driver may be used in supporting both newly installed sinks and those sink which have been previously installed but require additional support due to the failure of the previously used mounting structure.

It is also contemplated the mounting driver **110** may be constructed in a one-piece manner as shown with reference to FIGS. **16** to **18**. In accordance with such an embodiment, the mounting driver **110** includes a support bar **116** shaped and dimensioned for positioning between an underside **118** of the sink **112**, wherein the support bar includes an arcuate mounting surface **117** adapted for direct attachment to the wall **120** of a cabinet **122** at an angular orientation relative to the wall **120**.

As with the prior embodiment, the support bar **116** is a rigid, elongated member and includes a first end **144** and a second end **146**. As with the prior embodiment, the support bar is preferably injection molded. The support bar **116** in accordance with this embodiment only exhibits a trussed cross sectional construction in the areas of the first end **144** and the central support body **150**. In particular, and as with the prior embodiment, the support bar **116** includes a central support body **150** having an I-beam construction as described above with regard to the embodiment of FIGS. **1-15**. As such, the support bar **116** includes a back surface cap member **164** defining the back side of the support bar **116** and a front surface cap member **162** defining the front side of the support bar **116** with supporting internal structure **151** formed therebetween.

The support bar **116** also includes a sink engaging member **176** formed at the first end **144** of the support bar **116**. As with the embodiment disclosed above with reference to FIGS. **1-15**, the sink engaging member **176** includes a curved surface **178** shaped and dimensioned to engage the underside **125** of the rim **124** of the sink **112** without damaging the sink

112. The sink engaging member 176 also includes a long axis which is substantially perpendicular to the longitudinal axis 157 of the central support body 150. With this in mind, and as with the embodiment described above with reference to FIGS. 1-15, the distance from a lateral first end of the sink engaging member 176 to the lateral second end of the sink engaging member 176 is greater than the width of the central support body 150.

The support bar 116 is constructed such that a tapered outward transition exists between the central support body 150 and the sink engaging member 176 so as to create the enlarged curved surface 178 of the sink engaging member 176. The enlarged construction of the sink engaging member 176 creates a greater surface area as the support bar 116 engages the underside 125 of the rim 124 of the sink 112. More particularly, and considering the fact that the support bar 116 has a longitudinal axis as it extends from the first end 144 thereof to the second end 146 thereof, the first end 144, that is, the sink engaging member 176, extends laterally outwardly from a plane bisecting the longitudinal axis of the support bar 116. The outward extension is symmetrical with respect to the plane.

As to the second end 146 of the support bar 116, it is consistent in width with the central support body 150 of the support bar 116, but exhibits a curvature as it extends from the central support body 150 to the distal end 149 of the support bar 116 at the second end 146 thereof. In particular, the back side defined by the back surface cap member 164 is flat from the first end 144 of the support bar 116 to the central support body 150 of the support bar 116, but exhibits a curved surface at the second end 146 of the support bar 116. As to the front side defined by the front surface cap member 162, as well as the central trussed supporting structure 163 between the back surface cap member 164 and the front surface cap member 162, they end at the point 165 where the central support body 150 turns into the second end 146 of the support bar 116. The removal of this structure at this point allows for access to the back surface cap member 164, from the front side of the mounting driver 110, as will be appreciated based upon the following disclosure.

More particularly, the second end 146 of the support bar 116 is curved such that the back surface cap member 164 defines a concave surface 167 along the back side 116b of the support bar 116. This back surface cap member 164 is ultimately shaped and dimensioned for positioning along the wall 120 of the cabinet 122 during the installation process.

In particular, the concave surface 167 has a radius of curvature. The concave surface 167 extends about a central point through which a second end central axis 171 normal to the plane symmetrically bisecting the second end 146 extends.

Extending through the back surface cap member 164 are two sets of holes 196, 198 formed along the length of the second end 146 of the support bar 116 allowing the second end 146 of the support bar 116 to function as a mounting bracket. These holes 196, 198 allow for various angular orientations of the support bar 116 during installation while simultaneously permitting an installer to drive the screws 200 straight into the wall 120 of the cabinet 122 (or other support structure).

As discussed above, the front surface cap member 162 defining the front side of the support bar 116 ceases as the central support body 150 transitions into the second end 146 of the support bar 116. As such, the second end 146 is not constructed with the same truss construction employed with the first end 144 and the central support body 150. Rather, the second end 146 of the support bar 116 includes a support beam 181 extending along the second end 146 of the support bar 116 from the central support body 150 to the distal end 149 of the support bar 116 at the second end 146 thereof. The support beam 181 bisects the back surface cap member 164 and lies in a plane that is perpendicular to the back side of the support bar 116 surface defined by the back surface cap member 164. As such, and considering the first and second sets of holes 196, 198 discussed above, the first set of holes 196 is positioned on one side of the support beam 181 and the second set of holes 198 is positioned on the other side of the support beam 181. While a series of spaced holes are disclosed in accordance with a preferred embodiment, it is appreciated a slot might also be employed to provide for versatility in the positioning of the support arm during installation.

In practice, the sink 112 is held in position along the lower surface 128 of the countertop 114 with the rim 124 in alignment with the sink hole 130. The first end 144 of the mounting driver 110, that is, the support bar 116, is pressed into engagement with the underside 125 of the rim 124. Upward pressure is applied to the mounting driver 110 with the second end 146 of the support bar 116 held against the wall 120 of the cabinet 122.

The ability to secure the first end 144 of the support bar 116 to the underside 125 of the rim 124 at various angular orientations while the second end 146 of the support bar is held against the wall 120 of the cabinet 122, is facilitated by relationship between the curved concave surface 167 at the back side 116b of the support bar 116 at the second end thereof and the curved surface 178 of the sink engaging member 176. In particular, because the second end central axis is parallel to a first end central axis about which the curved surface 178 of the first end 144 extends, the support bar 116 may be oriented at a wide variety of angles during installation allowing for use in a variety of different cabinet and sink arrangements.

Once the mounting driver 110 is positioned properly and adequate upward pressure is applied, screws 200 are passed through the selected screw holes 196, 198 and into the wall 120 of the cabinet 122. It is appreciated the preferred screw holes 196, 198 will be those allowing for the perpendicular application of a screw 200 into the wall 120 of the cabinet 122. With the screws 200 applied, attachment is complete. It is appreciated that washers may be used in conjunction with the screws where deemed necessary and additional structural support may be incorporated to the installation process where the wall of the cabinet or other surface is not considered adequate to support the weight of the sink.

While the preferred embodiments have been shown and described, it will be understood that there is no intent to limit the invention by such disclosure, but rather, is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention.

The invention claimed is:

1. A one-piece mounting driver for undermounting a sink to a support surface, comprising:
   a support bar shaped and dimensioned for positioning between an underside of the sink and a wall of a cabinet at an angular orientation relative to the wall, the support bar including a first end having a sink engaging member with a curved surface shaped and dimensioned to engage the underside of the sink and a second end with a central support body therebetween;
   the second end of the support bar includes a support beam extending therealong from the central support body to a distal end and a back surface cap member, the support beam lying in a plane that is perpendicular to a back side of the support bar surface as defined by the back surface

cap member, wherein the back surface cap member is curved such that the back surface cap member of the support bar defines a concave surface along the back side of the support bar, and extending through the back surface cap member are a plurality of screw holes formed along the length of the second end of the support bar for the passage of a mounting screw;

wherein with the first end of the support bar pressed against the underside of the sink, the second end of the support bar is rigidly secured to the wall of the cabinet.

2. The mounting driver according to claim 1, wherein the support bar is an elongated member including a central support body and the first end of the support bar includes a sink engaging member including a curved surface shaped and dimensioned to engage the underside of the sink.

3. The mounting driver according to claim 2, wherein the second end also includes a support beam extending perpendicular to the back surface cap member.

4. The mounting driver according to claim 1, wherein the support beam bisects the back surface cap member and lies in a plane that is perpendicular to the back side of the support bar surface defined by the back surface cap member.

5. The mounting driver according to claim 4, wherein screw holes are positioned on opposite sides of the support beam.

6. The mounting driver according to claim 1, wherein the sink engaging member includes a long axis which is substantially perpendicular to a longitudinal axis of the central support body and a distance from a lateral first end of the sink engaging member to a lateral second end of the sink engaging member is greater than a width of the central support body.

7. The mounting driver according claim 6, wherein the support bar is constructed such that a tapered outward transition exists between the central support body and the sink engaging member so as to create an enlarged curved surface member providing a greater surface area as the support bar engages an underside of a rim of the sink.

8. A one-piece mounting driver for undermounting a sink to a support surface, comprising:
  a support bar shaped and dimensioned for positioning between an underside of the sink and a wall of a cabinet at an angular orientation relative to the wall, the support bar including a first end having a sink engaging member with a curved surface shaped and dimensioned to engage the underside of the sink and a second end with a central support body therebetween;
  the second end of the support bar includes a support beam extending therealong from the central support body to a distal end and a back surface cap member, the support beam lying in a plane that is perpendicular to a back side of the support bar surface as defined by the back surface cap member, and extending through the back surface cap member are a plurality of screw holes formed along the length of the second end of the support bar for the passage of a mounting screw;
  wherein with the first end of the support bar pressed against the underside of the sink, the second end of the support bar is rigidly secured to the wall of the cabinet.

9. The mounting driver according to claim 8, wherein the support bar is an elongated member including a central support body and the first end of the support bar includes a sink engaging member including a curved surface shaped and dimensioned to engage the underside of the sink.

10. The mounting driver according to claim 9, wherein the second end also includes a support beam extending perpendicular to the back surface cap member.

11. The mounting driver according to claim 8, wherein the support beam bisects the back surface cap member and lies in a plane that is perpendicular to the back side of the support bar surface defined by the back surface cap member.

12. The mounting driver according to claim 11, wherein screw holes are positioned on opposite sides of the support beam.

13. The mounting driver according to claim 8, wherein screw holes are positioned on opposite sides of the support beam.

14. The mounting driver according to claim 8, wherein the sink engaging member includes a long axis which is substantially perpendicular to a longitudinal axis of the central support body and a distance from a lateral first end of the sink engaging member to a lateral second end of the sink engaging member is greater than a width of the central support body.

15. The mounting driver according claim 14, wherein the support bar is constructed such that a tapered outward transition exists between the central support body and the sink engaging member so as to create an enlarged curved surface member providing a greater surface area as the support bar engages an underside of a rim of the sink.

16. A one-piece mounting driver for undermounting a sink to a support surface, comprising:
  a support bar shaped and dimensioned for positioning between an underside of the sink and a wall of a cabinet at an angular orientation relative to the wall, the support bar including a first end having a sink engaging member with a surface shaped and dimensioned to engage the underside of the sink and a second end with a central support body therebetween;
  the central support body being of an I-beam construction which, when viewed along a cross sectional plane taken perpendicular to a longitudinal axis extending from the first end of the support bar to the second end of the support bar, has a rectangular member and first and second cap members positioned at first and second ends of the rectangular member;
  the second end of the support bar is angularly oriented relative to the central support body, and extending through the second end of the support bar are a plurality of screw holes formed along the length of the second end of the support bar for the passage of a mounting screw;
  wherein with the first end of the support bar pressed against the underside of the sink, the second end of the support bar is rigidly secured to the wall of the cabinet.

17. The mounting driver according to claim 16, wherein the sink engaging member includes a curved surface shaped and dimensioned to engage the underside of the sink.

18. The mounting driver according to claim 16, wherein the second end also includes a support beam extending perpendicular to the back surface cap member.

19. The mounting driver according to claim 18, wherein the support beam bisects the back surface cap member and lies in a plane that is perpendicular to the back side of the support bar surface defined by the back surface cap member.

20. The mounting driver according to claim 19, wherein screw holes are positioned on opposite sides of the support beam.

\* \* \* \* \*