UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CINCLIPS, LLC,<br>    a Georgia Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>Z KEEPERS, LLC,<br>    A Florida Limited Liability Company<br><br>Defendant. | Case No. 8:16-cv-01067-SDM-JSS |

**AFFIDAVIT OF DOW BLAINE IN SUPPORT OF CINCLIPS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND NO INVALIDITY OF CLAIMS 8-13 AND 16-20 OF THE '609 PATENT**

I, Dow Blaine, declare as follows:

1. I have personal knowledge of the facts set forth in this Affidavit.

2. I am the Founder and Owner of Cinclips, LLC ("Cinclips").

3. I am the inventor of US Patent Nos. 9,133,609 ("the '609 Patent") and 9,637,898 ("the '898 Patent").

4. I have been in the stone industry for over thirty-two (32) years.

5. A regular issue that arose in the stone industry is that undermounting sinks would fall due to lack of support.

6. In 2013, I set out to solve this problem, which resulted in the '609 and '898 patented invention.

7. As explained in Cinclips' Infringement Contentions, Z Keepers' U Mount products infringes the asserted claims of the '609 Patent.

1

8. Z Keepers is mistaken as to how furring strips were used in the sink support industry. Nobody was using wood cut with the angled end as depicted in Z Keepers' invalidity contentions. Indeed, Z Keepers admits that it cut that piece of wood for the purpose of preparing the invalidity contentions. David Smith, Z Keepers' principal, first saw the furring strip cut in that fashion from an early prototype of the '609 and '898 invention. Nobody was using wood cut with the angled end as depicted in Z Keepers' invalidity contentions before I applied for the '609 patent. The first-time David Smith would have seen such a wood configuration would have been in Dimitri Kellner's shop after I filed my provisional patent application on October 23, 2013, when I showed it to him.

9. Sinks supported by wood regularly fail to hold in place. This is because wood is not as strong as the I-beam construction of the Cinclips. Wood regularly splits when nailed or screwed into the cabinet wall. Over time, with the weight and vibration of the sink, the wood eventually fails. Further, once you cut an angle to the end of the wood, the wood becomes even weaker and will split.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 24 2017 in Atlanta, Georgia.

*/s/ Dow Blaine*
Dow Blaine