EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CINCLIPS, LLC,
a Georgia Limited Liability Company

Plaintiff,

v.

Z KEEPERS, LLC,
a Florida Limited Liability Company,

Defendant.

Civil Action No. 8:16-cv-01067-SDM0JSS

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION | OBJECTIONS[1] |
|---|---|---|---|---|---|
| 1 | | | | '609 Patent | |
| 2 | | | | '609 Patent File History | |
| 3 | | | | '609 Patent Assignment | |
| 4 | | | | '898 Patent | R, P, M, W |
| 5 | | | | '898 Patent File History | |
| 6 | | | | '898 Patent Assignment | R, P, M, W |
| 7 | | | | Defendant's U-Mount Product | |
| 8 | | | | Alpha Invoices – CINCLIPS000189 – 243 | R, F, W |
| 9 | | | | Amazon Printout – CINCLIPS000314-323 | F |
| 10 | | | | Sink Pictures – | |

[1] Abbreviations used in exhibit objections:
R – Irrelevant (FRE 401)
P – Prejudice (FRE 403)
F – Foundation /Authenticity (FRE 901)
H – Hearsay (FRE 802)
M – Misleading/Confusing (FRE 403)
I – Incomplete (FRE 106)
C – Cumulative (FRE 403)
W – Wastes Time (FRE 403)

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | | | CINCLIPS000328 – 329, 331 | R, M, W |
| 11 | | | | Cinclips Product | Not produced. Defendant reserves its objections |
| 12 | | | | Braxton Bragg POs – CINCLIPS000332 | R, F, W |
| 13 | | | | Cinclips POs – CINCLIPS000345 – 457 | R, F, W |
| 14 | | | | Cinclips Invoices – CINCLIPS000458 – 583 | R, F, W |
| 15 | | | | Cinclips Marketing – CINCLIPS000584 – 605 | R, F, W, I |
| 16 | | | | PayPal Invoicing – CINCLIPS000606 – 675 | R, F, W, I |
| 17 | | | | Screenshot – CINCLIPS000692 | |
| 18 | | | | GoClips LLC.PDF – document produced by Braxton Bragg | Not produced, Defendant preserves it objections |
| 19 | | | | U Mount design documents – ZK000488-492 | |
| 20 | | | | U Mount use documents – ZK000493-497 | |
| 21 | | | | U Mounts sales sheet – ZK000819-821 | Subject to seal |
| 22 | | | | U Mounts sales sheet – ZK000924-926 | Subject to seal |
| 23 | | | | U Mounts photo – ZK000953 | Mislabeled. Should be furring strip |
| 24 | | | | U Mounts design document – ZK000935 | |
| 25 | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000936 | |
| 26 | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140522 – ZK000937 | |
| 27 | | | | U Mounts sales document – ZK000954 | Subject to seal |
| 28 | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140827 – ZK000964 | |

| | | | | | |
|---|---|---|---|---|---|
| 29 | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20150730 – ZK000963 | |
| 30 | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000965 | |
| 31 | | | | D. Smith Depo Exhibit 2 | F, R, P, M, W |
| 32 | | | | D. Smith Depo Exhibit 4 | F, I |
| 33 | | | | D. Smith Depo Exhibit 5 | |
| 34 | | | | D. Smith Depo Exhibit 6 | |
| 35 | | | | D. Smith Depo Exhibit 7 | |
| 36 | | | | D. Smith Depo Exhibit 8 | |
| 37 | | | | D. Smith Depo Exhibit 14 | Subject to seal |
| 38 | | | | D. Smith Depo Exhibit 15 | F, R |
| 39 | | | | D. Smith Depo Exhibit 16 | C |
| 40 | | | | D. Smith Depo Exhibit 17 | As to inclusion of 759-62 in exhibit – M, C |
| 41 | | | | D. Smith Depo Exhibit 18 | Subject to seal |
| 42 | | | | D. Smith Depo Exhibit 19 | R, P, M, W |
| 43 | | | | D. Smith Depo Exhibit 20 | R, P, M, W |