EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CINCLIPS, LLC,<br>   a Georgia Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>Z KEEPERS, LLC,<br>   a Florida Limited Liability Company,<br><br>Defendant. | Civil Action No. 8:16-cv-01067-SDM0JSS |

## PLAINTIFF'S WITNESS LIST

Plaintiff, through its undersigned counsel, serves the following disclosure of witnesses expected to be called at trial based upon the information reasonably available to Plaintiff at this time.

1. Dow Blaine
   c/o Woodrow H Pollack, Esquire
   Greenberg Traurig, LLP
   101 E Kennedy Blvd, Suite 1900
   Tampa, FL 33609

2. Barbara VanNostrand
   c/o Woodrow H Pollack, Esquire
   Greenberg Traurig, LLP
   101 E Kennedy Blvd, Suite 1900
   Tampa, FL 33609

3. Howard Flaxman, Esquire
   c/o Woodrow H. Pollack, Esquire
   Greenberg Traurig, LLP
   101 E Kennedy Blvd, Suite 1900
   Tampa, FL 33602

4. David Smith
   c/o Chuck Geitner, Esquire
   Hinshaw Culbertson, LLP

EXHIBIT C

      100 S Ashley Drive, Suite 500
      Tampa, FL 33602

5. All Defendant's Witnesses listed on Exhibit D.

6. Any rebuttal or impeachment witnesses.

*Plaintiff reserves the right to amend this list in the event new witnesses are revealed pursuant to discovery requests, or pursuant to additional investigation by Plaintiff. Plaintiff further reserves the right to move for leave to list additional witnesses at a later time upon reasonable notice to other parties.