**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CINCLIPS, LLC,

        Plaintiff,

vs.

Case No. 8:16-CV-01067-SDM-JSS

Z KEEPERS, LLC,

        Defendant.
_____ /

## **Z KEEPERS WITNESS LIST**

Defendant, Z Keepers, by and through the undersigned counsel, respectfully files its Witness List and provides as follows:

1. Corporate Representative
   Cinclips, LLC
   C/O Woodrow Heath Pollack, Esquire

2. Dow Blaine
   C/O Woodrow Heath Pollack, Esquire

3. Barbara VanNostrand
   C/O Woodrow Heath Pollack, Esquire

4. Howard Flaxman, Esquire
   C/O Woodrow Heath Pollack, Esquire

5. David Smith
   Z Keepers, LLC
   C/O: Charles G. Geitner, Esquire

6. Devon Bogue
   Address Unknown
   (404) 775-9235

7. Alan Kaiser
   Corporate Representative

Click4Countertops LLC
1978 Clairmont Terrace
Atlanta, GA 30345
(707) 865-9981

8. Any and all witnesses identified by Plaintiff.

9. Any and all persons necessary to authenticate any records or photographs.

10. Any and all record custodians with care, custody and control of any records received by a proper authorization, subpoena or court order in this case.

11. Any and all witnesses who are discovered prior to trial by any party and are identified to counsel in a timely manner.

12. Any expert witness listed on Plaintiff's Expert Witness Disclosure and/or any expert referred to in any interrogatory, records produced and/or depositions taken in this cause.

13. Any and all persons whose names appear in records, any pleading or paper filed herein, any answers to interrogatories, any documents attached thereto, in any depositions or documents attached thereto, and any and/or all other witnesses, the identities of whom are discovered prior to trial and provided to counsel for Plaintiff, except those called for the purposes of rebuttal or impeachment.

14. Any and all expert witnesses who, due to the nature of the continuing discovery, may hereafter be retained in the anticipation of giving expert opinion testimony at trial, subject to prompt and timely disclosure thereof to the Plaintiff.

15. Defendant reserves the right to supplement its witness list upon reasonable notice to counsel.

16. All parties to this action.

**HINSHAW AND CULBERTSON, LLP**

/s/   *Charles G. Geitner*
Charles G. Geitner P.A.
Florida Bar No. 085170
100 S. Ashley Drive, Suite 500
Tampa, FL 33602
(813) 276-1662
cgeitner@hinshawlaw.com

and

2

>Jeffrey S. Dixon, admitted *pro hac vice*
>Illinois Bar No. 6291231
>222 N LaSalle Street, Suite 300
>Chicago, IL 60601
>(312) 704-3001
>jdixon@hinshawlaw.com
>*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2017, the foregoing was served via electronic notification by the EM ECF to the following:

>Woodrow Heath Pollack, Esquire
>Greenberg Traurig, LLP
>101 E. Kennedy Boulevard
>Suite 1900
>Tampa, FL 33602
>pollack@gtlaw.com

>*/s/ Charles G. Geitner*
>Charles G. Geitner