EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| CINCLIPS, LLC,<br>    a Georgia Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>Z KEEPERS, LLC,<br>    a Florida Limited Liability Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 8:16-cv-01067-SDM0JSS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S DEPOSITION DESIGNATION**

| WITNESS – DATE AND TIME | PAGE/LINE TO PAGE/LINE |
|---|---|
| David Smith<br>May 24, 2017<br>10:00 am | **9/12-14**<br>**10/1-15**<br>**13/23-14/20**<br>**15/17-20**<br>**16/20-17/1**<br>**18/6-19/17**<br>**24/9-26/9**<br>**26/10-27/14**<br>**29/7-11**<br>**27/19-21**<br>**30/11-18**<br>**33/15-20**<br>**33/25-34/19**<br>**35/15-18**<br>**36/5-9**<br>**37/16-19**<br>**38/15-17**<br>**38/24-25**<br>**40/23-41/2**<br>**42/18-22**<br>**44/8-13**<br>**44/16-45/2**<br>**50/6-24** |

| | |
|---|---|
| | **58/2-24**<br>**59/19-21**<br>**59/23-60/20**<br>**60/25-61/1**<br>**61/9-21**<br>**69/3-9**<br>**70/3-10**<br>**70/16-23**<br>**72/19-22**<br>**76/13-19**<br>**78/15-25**<br>**87/11-16**<br>**88/22-24**<br>**97/10-13**<br>**98/18-99/10**<br>**104/3-7**<br>**104/19-20**<br>**110/10-17**<br>**112/2-113/20**<br>**114/6-9**<br>**114/12-20**<br>**117/20-119/18**<br>**119/23-122/4**<br>**122/19-124/15**<br>**124/16-126/6**<br>**126/15-127/21**<br>**128/2-4**<br>**129/19-21**<br>**130/20-131/4**<br>**131/7-12**<br>**132/5-7**<br>**132/13-17**<br>**133/4-7** |