# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

_____
CINCLIPS, LLC, )
   a Georgia Limited Liability Company )
 )
Plaintiff, )
 ) Civil Action No. 8:16-cv-01067-SDM-JSS
v. )
 )
Z KEEPERS, LLC, )
   a Florida Limited Liability Company, )
 )
Defendant. )
_____)

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## FIRST REQUEST FOR ADMISSION

Defendant, Z KEEPERS, LLC, pursuant to Federal Rules of Civil Procedure 26 and 34, hereby serves this its response to Plaintiff's First Request for Admission, and states:

1. Admit that Defendant manufactures U-Mounts.

**RESPONSE:** Denied

2. Admit that Defendant offers for sale U-Mounts.

**RESPONSE:** Admitted.

3. Admit that Defendant sells U-Mounts.

**RESPONSE:** Admitted.

4. Admit that Defendant uses U-Mounts.

**RESPONSE:** Denied

5. Admit that Defendant imports U-Mounts.

**RESPONSE:** Admitted

6. Admit that Defendant manufactured the Furring Strip depicted in Defendant's Invalidity Contentions.

**RESPONSE:** Admitted

7. Admit that Defendant manufactured the Furring Strip depicted in Defendant's Invalidity Contentions after December 3, 2013.

**RESPONSE:** Admitted

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2016, I sent the foregoing via email to:

Woodrow Heath Pollack, Esq.
GrayRobinson, P.A.
401 E. Jackson Street
Suite 2700
Tampa, Fl 33602
Email: woodrow.pollack@gray-robinson.com
*Counsel for Plaintiff*

HINSHAW & CULBERTSON LLP

/s/ *Charles G. Geitner*
Charles G. Geitner, P.A.
Florida Bar No. 085170
cgeitner@hinshawlaw.com
100 S. Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: (813) 276-1662
Fax: (813) 276-1956
Counsel for Defendant, *Z Keepers, LLC*