**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CINCLIPS, LLC,

        Plaintiff,

vs.

Z KEEPERS, LLC,

        Defendant.

        /

Case No. 8:16-CV-01067-SDM-JSS

## Z KEEPERS EXHIBIT LIST

| | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION | OBJECTIONS[1] |
|---|---|---|---|---|---|
| 1. | | | | U.S. Patent 9,133,609 ('609 Patent) | |
| 2. | | | | '609 Patent File History CINCLIPS000001-187 | File history concludes at CINCLIPS000139. |
| 3. | | | | '609 Patent Assignment CINCLIPS000001-187 | The Patent Assignment is CINCLIPS000140 – 143. |
| 4. | | | | '609 Patent Invalidity Claim Chart [DE 59-3] | R, F, H, M, W |

---

[1] Abbreviations used in exhibit objections:

R – Irrelevant (FRE 401)
P – Prejudicial (FRE 403)
F – Foundation/Authenticity (FRE 901)
H – Hearsay (FRE 802)
M – Misleading/Confusing (FRE 403)
I – Incomplete (FRE 106)
C – Cumulative (FRE 403)
W – Wastes Time (FRE 403)
U – Undue Delay / Failure to Produce (FRE 403/FRCP 37)

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | | | | | '609 Patent Invalidity Claim [DE 59-4] | R, F, H, M, W |
| 6. | | | | | '609 Prosecution history | C, W |
| 7. | | | | | U.S. Patent 9,637,88 B2 ('898 Patent) | |
| 8. | | | | | '898 Patent File History | |
| 9. | | | | | '898 Patent Assignment | |
| 10. | | | | | '898 Continuation Application | C; Not properly identified, bates range required. |
| 11. | | | | | '898 Claim Chart | Not properly identified, bates range required. |
| 12. | | | | | '898 Prosecution history | |
| 13. | | | | | Plaintiff's I-beam structure | Not properly identified, bates range required. |
| 14. | | | | | Defendant's U-Mount Product | |
| 15. | | | | | Defendant's U-Mount redesigned product | |
| 16. | | | | | Premium Spruce Furring Strip Board | Not properly identified, bates range required. |
| 17. | | | | | Furring strip and wedge cut | Not properly identified, bates range required. |
| 18. | | | | | Rubbermaid Slotted Spoon 1974 black | R, F, M, H, Not properly identified, bates range required. |
| 19. | | | | | Furring strip used by Stone Improvements | R, F, M, H, W, U, Not properly identified, bates |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Corp. since 1997 | range required. |
| 20. | | | | Deleted | |
| 21. | | | | Deleted | |
| 22. | | | | Deleted | |
| 23. | | | | Cinclips Product | |
| 24. | | | | Deleted | |
| 25. | | | | Deleted | |
| 26. | | | | Deleted | |
| 27. | | | | Deleted | |
| 28. | | | | Deleted | |
| 29. | | | | Deleted | |
| 30. | | | | Deleted | |
| 31. | | | | Design picture – ZK000001 | R, F, H, M, I, misidentified (not a design picture, but an invalidity contention excerpt). |
| 32. | | | | Design picture – ZK000002 | R, F, H, M, I, misidentified (not a design picture, but an invalidity contention excerpt). |
| 33. | | | | '731, '461, and '748 Applications and prosecution history – ZK000003 –ZK000125 | C |
| 34. | | | | '731, '461, and '748 Application and prosecution history continued -ZK000126-ZK000184, ZK 0000186- | C |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 229 |
| 35. | | | | | Letter dated April 21, 2016 from Stephen J. Stark to Woodrow Pollack – ZK00230-ZK000234<br><br>I Beam examples ZK 235-236 | R, P, H, M, misidentified (ZK 235 is a slotted spoon; ZK 236 is a level). |
| 36. | | | | | '461 and 748 Applications and prosecution file history – ZK000251-ZK000355 | C |
| 37. | | | | | '424 Application and Prosecution file history-ZK000356-ZK000471 | |
| 38. | | | | | Letter dated March 18, 2016 from Woodrow H. Pollack to Michael Smith ZK000472-487 | |
| 39. | | | | | U Mount design documents – ZK000488-492 | |
| 40. | | | | | U Mount exemplars and furring strip origin – ZK000493-498 | ZK000493-497 – no objection; ZK000498 – R, P, F, M, I |
| 41. | | | | | I-beam prior art – ZK000499-ZK000507 | R, P, F, H, M, C, W |
| 42. | | | | | US 4,047,340 – ZK000508-ZK000524 | R |
| 43. | | | | | Internet catalog of Rubbermaid Slotted Spoon – ZK000525-ZK000531 | R, F, H, M, C |

| | | | | | |
|---|---|---|---|---|---|
| 44. | | | | Plastic I-beam – ZK000532 | R, F, H, M, C |
| 45. | | | | US 7,429,021 B2 – ZK000533-541 | R, M, C |
| 46. | | | | US 8,166,618 B2 – ZK000542-554 | R, M, C |
| 47. | | | | US 5,014,371 – ZK000555-564 | R, M, C |
| 48. | | | | US 5,6664,265 – ZK000565-574 | R, M, C |
| 49. | | | | US 5,538,206 – ZK000575-579 | R, M, C |
| 50. | | | | US 2012-0222213 Al – ZK000580-601 | R, M, C |
| 51. | | | | US 5,911,521 – ZK000602-609 | R, M, C |
| 52. | | | | US 4,504,986 – ZK000610-615 | R, M, C |
| 53. | | | | US 4,432,106 – ZK000616-621 | R, M, C |
| 54. | | | | US 3,022,519 – ZK000622-625 | R, M, C |
| 55. | | | | US 3,412,727 – ZK000626-629 | R, M, C |
| 56. | | | | US 2008-0313804 A1 – ZK000630-660 | R, M, C |
| 57. | | | | US 2,846,695 – ZK000661-663 | R, M, C |
| 58. | | | | US Application 2010/0301175 A1 – ZK000664-685 | R, M, C |
| 59. | | | | US 8,146,873 B2 – | R, M, C |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ZK000686-691 | |
| 60. | | | | US 8,070,110 B2 – ZK000692-703 | R, M, C |
| 61. | | | | US 1,253,924 – ZK000704-706 | R, M, C |
| 62. | | | | US 3,365,732 – ZK000707-710 | R, M, C |
| 63. | | | | US 8,356,367 B2 – ZK000711-728 | R, M, C |
| 64. | | | | US 3,229,310 – ZK000729-732 | R, M, C |
| 65. | | | | US 5,743,501 – ZK000733-740 | R, M, C |
| 66. | | | | US 7,698,753 B2 – ZK000741-751 | R, M, C |
| 67. | | | | US 4,613,995 – ZK000752-756 | R, M, C; misidentified; bates range ends at 755. ZK756 is a different document – objections based on R, P, F, H, M, I |
| 68. | | | | U-mounts Sales by Product/Service Summary ZK000757 | |
| 69. | | | | Sales and costs of U-Mounts – ZK000758 | |
| 70. | | | | Letter dated May 23, 2016 from David Smith to Woodrow Pollack – ZK000759 | |
| 71. | | | | Application 62044369 – ZK000763 – ZK000765 | R |
| 72. | | | | Letter dated June 14, 2016 from David Smith | R, P, H, M, I |

| | | | | | |
|---|---|---|---|---|---|
| | | | | to Woodrow Pollack – ZK000766 | |
| 73. | | | | Abstract '609 – ZK000767 | R, P, H, M, I |
| 74. | | | | U-mounts chart with photograph – ZK000768 – ZK000769 | R, P, H, M, I |
| 75. | | | | '609 Claim 8 description – ZK000770 | R, P, H, M, I |
| 76. | | | | '609 Claim 16 description – ZK000771 | R, P, H, M, I |
| 77. | | | | Description of the Drawings of One-piece Mounting Driver – ZK000772- ZK000773 | R, P, H, M, I |
| 78. | | | | Electronic Acknowledgment Receipt for application number 62044369 – ZK000774 – ZK000776 | R, P, H, M, I |
| 79. | | | | GranQuartz internet catalog – ZK000799-ZK000814 | R, F, H |
| 80. | | | | Braxton-Bragg internet catalog – ZK000815-818 | R, F, H, C |
| 81. | | | | U Mounts sales sheet – ZK000819-821 | |
| 82. | | | | '683 Notice of Publication of Application ZK000822 | R |
| 83. | | | | '683 Office Action Summary – ZK000824-ZK000837 | R, P, H |
| 84. | | | | '683 Disclosure Statement – ZK000838- | R |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 845 | |
| 85. | | | | '683 Preliminary Amendment – ZK000846-862 | |
| 86. | | | | '748 File history - ZK000863-923 | C |
| 87. | | | | U Mounts sales sheet – ZK000924-926 | |
| 88. | | | | Invoice 20140522 for mold – ZK000927 | R, H, P, I, C |
| 89. | | | | Florida Department of State Electronic Filing for Z Keprs, LLC - ZK000928 | R |
| 90. | | | | Articles of Organization for Z Keepers LLC – ZK000929 | R |
| 91. | | | | U Mounts photo – ZK000953 | Misidentified; ZK953 is a picture of furring strips. |
| 92. | | | | Home Depot product sheet for premium Spruce Furring Strip – ZK000933 | R, H, F |
| 93. | | | | Photo of use of furring strip – ZK000934 | R, H, P, F, C, I |
| 94. | | | | U Mounts design document – ZK000935 | |
| 95. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000936 | I |
| 96. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140522 – ZK000937 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 97. | | | | | Definitions of "A long" - ZK000938- ZK000951 | R, P, F, H, M, I, C, subject to motion to strike [Dkt. 45]. |
| 98. | | | | | Amazon screenshot of Undermount Sink Brackets, Support – No Holes – ZK000952 | R, H, F |
| 99. | | | | | U Mounts sales document – ZK000954 | |
| 100. | | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20150730 – ZK000963 | |
| 101. | | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140827 – ZK000964 | |
| 102. | | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000965 | |
| 103. | | | | | Deposition Transcript of David Smith | R, H, W |
| 104. | | | | | D. Smith Depo Exhibit 4 | |
| 105. | | | | | D. Smith Depo Exhibit 5 with physical makeup of single driver | |
| 106. | | | | | D. Smith Depo Exhibit 6 with physical makeup of single driver | |
| 107. | | | | | D. Smith Depo Exhibit 7 | |
| 108. | | | | | D. Smith Depo Exhibit 8 | |
| 109. | | | | | D. Smith Depo Exhibit 14 | |
| 110. | | | | | D. Smith Depo Exhibit 16 | |
| 111. | | | | | D. Smith Depo Exhibit 17 | |

| | | | | | |
|---|---|---|---|---|---|
| 112. | | | | D. Smith Depo Exhibit 18 | |
| 113. | | | | May 26, 2017 Electronic Correspondence from Elbert Wu to David Smith | Bates range identifier required; never produced in discovery; R, P, F, H, M, I, W |
| 114. | | | | Z Keepers' Claim Construction Terms | R, H, M, I |
| 115. | | | | Plaintiff's Answers to Interrogatories | R, H, M |
| 116. | | | | Joint Claim Construction Statement [DE 32] | R, H, M, I |
| 117. | | | | Plaintiff's Opening Claim Construction Brief with Exhibit [DE 33] | R, H, M, I |
| 118. | | | | Defendant's Claim Construction Opposition Brief [DE 35] | R, H, M, I |
| 119. | | | | Defendant's Opposition to Plaintiff's Motion for Summary Judgment [DE 59] | R, H, M, I |
| 120. | | | | Affidavit of David Smith [DE 59-1] | R, H, P, M, I |
| 121. | | | | Affidavit of Alan Kaiser [DE 59-2] | R, H, P, M, I, subject to motion to strike [Dkt. 63] |
| 122. | | | | 1 min 33 sec video of construction of furring strip | Never produced in discovery; R, P, F, H, M, I, W |
| 123. | | | | Amazon packing slip to Woody Pollack dated 6/2/2017, 8:07 PM | Never produced in discovery; R, P, F, H, M, I, W |
| 124. | | | | Cornerstone Granite photograph of Cinclips | Never produced in discovery; R, P, F, |

|   |   |   |   |   | Undermount kit | H, M, I, W |
|---|---|---|---|---|---|---|
| 125. |   |   |   |   | Cornerstone Granite photographs of Cinclips box with pricing | Never produced in discovery; R, P, F, H, M, I, W |
| 126. |   |   |   |   | Letter dated April 21, 2016 from Stephen J. Stark to Woodrow H. Pollack | R, P, F, H |
| 127. |   |   |   |   | Image of Furring Strip and UMount comparison - ZK 0000185 | R, P, F, H, M |
| 128. |   |   |   |   | Plaintiff's Initial Disclosures | R |
| 129. |   |   |   |   | Plaintiff's Answers to Requests for Production and production set | R |
| 130. |   |   |   |   | Image – wedge cap and furring strip | Bates identifier required; Never produced in discovery; R, P, F, H, M, I, W |
| 131. |   |   |   |   | Image – wedge cap and bridge clip | Bates identifier required; Never produced in discovery; R, P, F, H, M, I, W |
| 132. |   |   |   |   | Provisional application file history CINCLIPS000144-187 | C |

In addition Defendant reserves the right to seek the introduction of any exhibit identified by Plaintiff in Exhibit A to the Pre-trial Statement.