UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CINCLIPS, LLC,

    Plaintiff,

v.                                                             Case No: 8:16-cv-1067-T-JSS

Z KEEPERS, LLC,

    Defendant.
_____/

## **AMENDED PRETRIAL ORDER**

THIS MATTER came before the Court for a pretrial status conference on May 22, 2018, under Federal Rule of Civil Procedure 16 and Middle District of Florida Local Rule 3.06. The parties have filed separate pretrial statements (Dkts. 70–72, 74), which shall govern the course of the trial. Fed. R. Civ. P. 16(e). This order supersedes the pretrial order previously entered on July 6, 2017 (Dkt. 75). Upon consideration, it is

    **ORDERED**:

1. **Date of Trial**. This matter is set for a jury trial commencing September 24, 2018 before the undersigned in Courtroom 11A.

2. **Length of Trial**. The parties estimate that a total of three days will be needed to conduct the trial in this case. Trial will begin at 9 a.m. and end at 5:00 p.m., with one fifteen-minute break in the morning, one fifteen-minute break in the afternoon, and one sixty-minute lunch recess at noon. The parties may arrive as early as 8:30 to address any issues that may arise.

3. **Pretrial Motions**. All pretrial motions must be filed by September 3, 2018. Expedited responses are due by September 10, 2018.

4. **Meeting and Marking of Exhibits**. The parties must meet to exchange exhibit lists and pre-mark exhibits in accordance with Local Rule 3.07 by September 10, 2018.

5. **Pretrial Submissions**. The parties must file the following documents by September 17, 2018:

    a. a trial brief with citations of authority and with argument of the disputed issues likely to arise at trial;

    b. a concise (preferably one paragraph) joint statement of the action for presentation to the venire;

    c. proposed jury instructions;

    d. proposed verdict forms; and

    e. proposed voir dire.

6. **Trial Procedures**. The following procedures shall govern the course of the trial in this case:

    a. **Voir Dire**. The Court will conduct the jury voir dire, giving due consideration to questions proposed by the parties. After the Court concludes, counsel shall have fifteen minutes each to conduct voir dire. Counsel must electronically file their proposed voir dire questions and e-mail a MS-Word copy to chambers by September 17, 2018.

    b. **Number of Jurors**. Eight jurors will be empaneled to try this case, all of whom shall deliberate unless excused for cause by the Court and two of whom shall serve as alternates. Fed. R. Civ. P. 48.

    c. **Challenges**. Each side will be allowed to exercise three peremptory challenges. 28 U.S.C. § 1870. The parties will exercise their strikes alternately, beginning

with Plaintiff. Back-striking is permitted. Strikes will be discussed at the bench with the jury in the room.

d. **Opening Statements.** The Court will not impose a stringent time limit on opening statements. However, the Court emphasizes the importance of an efficient presentation and, therefore, discourages unduly lengthy opening statements. Accordingly, counsel is advised to limit opening statements to ten to fifteen minutes. The use of exhibits during opening statements will be determined on a case-by-case basis. Generally, demonstrative exhibits are permitted, but no exhibits may be used that have not yet been introduced into evidence. Plaintiffs are not permitted to provide rebuttal during opening statements.

e. **Examination of Witnesses and Presentation of Evidence**. Examination of witnesses is limited to direct examination, cross-examination, and re-direct examination. Fed. R. Evid. 611. Examination of witnesses must be conducted efficiently, with civility, and in accordance with the Local Rules.

f. **Objections**. In making objections, counsel must stand and announce the legal basis for the objection without further argument. M.D. Fla. Local R. 5.03(b)(12). The responding attorney must respond with the legal basis for opposing the objection. Any further argument will be addressed at side bar conferences, if necessary, and outside the presence of the jury.

g. **Jury Instructions**. Jury instructions will be given after closing arguments. Lead counsel is responsible for drafting jury instructions, which must conform to the Eleventh Circuit Pattern Jury Instructions and/or the Florida Supreme

Court Standard Jury Instructions. Any modifications to a pattern instruction must be clearly noted. All instructions must include a citation to the applicable Eleventh Circuit or Florida Supreme Court opinion. Jury instructions must be filed by September 17, 2018 and must be e-mailed in MS-Word format to chambers.

h. **Exhibits**. All exhibits must be pre-marked in accordance with Local Rule 3.07. Exhibit lists must be filed by September 21, 2018. Each party must submit an original and two copies of the exhibit list and exhibits to the courtroom deputy on the date of the trial.

i. **Witness List**. Witness lists must be filed by September 21, 2018. Each party must submit an original and two copies of the witness list and exhibits to the courtroom deputy on the date of the trial.

j. **Electronic Equipment**. Should counsel wish to use electronic presentation equipment during trial or examine the equipment prior to trial, counsel must contact Courtroom Deputy Jessica Bennett at 813-301-5260 to schedule a brief appointment. Counsel must file a motion to seek authorization to bring electronic equipment into the courthouse, identifying the equipment and the person responsible for the equipment.

**DONE** and **ORDERED** in Tampa, Florida, on May 31, 2018.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record