# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CINCLIPS, LLC,<br>   a Georgia Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>Z KEEPERS, LLC,<br>   a Florida Limited Liability Company,<br><br>Defendant. | Civil Action No. 8:16-cv-01067-JSS |

## CONCISE JOINT STATEMENT OF THE ACTION

Plaintiff, Cinclips, LLC ("Plaintiff") and Defendant, Z Keepers, LLC ("Defendant") file this Concise Joint Statement of the Action in accordance with the Amended Pretrial Order [Dkt. 101].

**I.     CONCISE JOINT STATEMENT OF THE ACTION**

This is a single-count action against Defendant for patent infringement of U.S. Patent No. 9,133,609 ("the '609 Patent"), which was granted on September 15, 2015. The inventor named in the '609 Patent is Dow Blaine, Plaintiff's founder and owner. The '609 Patent relates to a mounting driver for undermounted sinks. Plaintiff is the owner of the '609 Patent. Defendant manufactures, offers to sell, and sells undermount sink supports called *U-mounts*™ undermount sink supports. Defendant alleges it began manufacturing *U-mounts*™ in August 2014, and began offering them for sale in January, 2015. Defendant denies that its *U-mounts*™ product infringes the '609 patent. Defendant further asserts affirmative defenses challenging the '609 patent's validity and enforceability.

Date: September 17, 2018

| | |
|---|---|
| */s/ Woodrow H. Pollack* | */s/ Charles G. Geitner* |
| Woodrow H. Pollack | Charles G. Geitner |
| Florida Bar No. 26802 | Florida Bar No. 085170 |
| Shutts & Bowen, LLP | Fisher Broyles, LLP |
| 4301 W Boy Scout Blvd, Suite 300 | 100 S. Ashley Drive, Suite 600 |
| Tampa, FL 33607 | Tampa, FL 33602 |
| (813) 463-4894 | (813) 724-3140 |
| (813) 227-8234 (facsimile) | (813) 724-3170 (facsimile) |
| wpollack@shutts.com | Charles.Geitner@fisherbroyles.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 17, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              */s/ Woodrow H. Pollack*
                                                               Woodrow H. Pollack