UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CINCLIPS, LLC,<br>    a Georgia Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>Z KEEPERS, LLC,<br>    A Florida Limited Liability Company<br><br>Defendant. | Case No. 8:16-cv-01067-SDM-JSS |

## MOTION FOR CLARIFICATION

Plaintiff, Cinclips, LLC ("Plaintiffs") requests clarification on the Court's Order advising that any demonstrative exhibits, including PowerPoint presentations, need to be exchanged to opposing counsel by noon on Friday, September 21, 2018 [Dkt. 124]. Plaintiff will timely submit its Opening Statement demonstrative PowerPoint to opposing counsel no later than noon tomorrow; however, Plaintiff respectfully requests the Closing Statement demonstrative PowerPoints be exchanged after the Verdict Forms have been finalized, or at least until the day before the case goes to the jury, so that Plaintiff may include the final verdict form in its demonstrative presentation, as well as be able to refer to specific exhibits once it is clear which exhibits have been admitted.

## CERTIFICATION PURSUANT TO L.R. 3.01(g)

Undersigned has conferred with Defendant's counsel, who opposes this motion.

September 20, 2018

*/s/ Woodrow H Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
Shutts & Bowen, LLP

1

4301 W Boy Scout Blvd
Suite 300
Tampa, FL 33607
(813) 463-4894
(813) 227-8234 (facsimile)
wpollack@shutts.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack