## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

_____
CINCLIPS, LLC,  )
   a Georgia Limited Liability Company  )
  )
Plaintiff,  )
  )  Civil Action No. 8:16-cv-01067-SDM0JSS
v.  )
  )
Z KEEPERS, LLC,  )
   a Florida Limited Liability Company,  )
  )
Defendant.  )
_____)

## **DEFENDANT'S WITNESS LIST**

Defendant, through its undersigned counsel, serves the following disclosure of witnesses expected to be called at trial based upon the information reasonably available to Plaintiff at this time.

1. Dow Blaine, individually and as president of Cinclips, LLC
   c/o Woodrow H Pollack, Esquire

2. Howard Flaxman, Esquire
   c/o Woodrow H. Pollack, Esquire

3. David Smith, individually and as president of Z Keepers, LLC
   c/o Charles Geitner, Esquire

4. Devon Bogue
   3274 Harris Dr.
   College Park, GA 30337

5. Alan Kaiser, individually and as president of Click4Countertops, LLC
   1978 Clairmont Terrace
   Atlanta, GA 30345

6. All Plaintiff's Witnesses.

7. Any rebuttal or impeachment witnesses.

Respectfully submitted,

**FISHER BROYLES, LLP**

*/s/ Charles G. Geitner*
Charles G. Geitner, Esq.
Florida Bar No.: 85170
100 S. Ashley Dr., Suite 600
Tampa, FL 33602
(813) 724-3140
(813) 724-3179 (facsimile)
Charles.Geitner@FisherBroyles.com

and

Jeffrey S. Dixon, *pro hac vice*
Illinois Bar No. 6291231
**Cygan Law Offices, P.C.**
1600 Golf Road, Suite 1200
Rolling Meadows IL, 60008
847-956-4915
Fax: 888-416-8495
*Attorneys for Defendant,*
*Z Keepers, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Charles G. Geitner*
Charles G. Geitner, Esq.