IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CINCLIPS, LLC,<br>   a Georgia Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>Z KEEPERS, LLC,<br>   a Florida Limited Liability Company,<br><br>Defendant. | Civil Action No. 8:16-cv-01067-JSS |

## PLAINTIFF'S AMENDED WITNESS LIST

Plaintiff, through its undersigned counsel, serves the following disclosure of witnesses expected to be called at trial based upon the information reasonably available to Plaintiff at this time.

1. Dow Blaine
   c/o Woodrow H Pollack, Esquire
   Shutts & Bowen, LLP
   4301 W Boy Scout Blvd, Suite 300
   Tampa, FL 33607

2. David Smith
   c/o Chuck Geitner, Esquire
   Fisher Broyles
   100 S Ashley Drive, Suite 600
   Tampa, FL 33602

3. All Defendant's Witnesses

4. Any rebuttal or impeachment witnesses.

September 21, 2018

*/s/ Woodrow H Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
Shutts & Bowen, LLP
4301 W Boy Scout Blvd
Suite 300

Tampa, FL 33607
(813) 463-4894
(813) 227-8234 (facsimile)
wpollack@shutts.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack