# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CINCLIPS, LLC,**
**a Georgia Limited Liability Company,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No.: 8:16-cv-01067-JSS**

**Z KEEPERS, LLC,**　　　　　　　　　　☐　**Evidentiary**
**a Florida Limited Liability Company,**

    **Defendant.**　　　　　　　　　　☑　**Trial**

_____ /　　☐　**Other**

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 09/11/18 | | | U.S. Patent No. 9,133,609 (CINCLIPS 000001 – 000014) |
| 2 | 09/11/18 | | | '609 Patent File History (CINCLIPS000015 – 139) |
| 3 | 09/11/18 | | | '609 Patent Assignment (CINCLIPS000140 – 143) |
| 4 | 09/11/18 | | | U.S. Patent App. 61/894,748 (CINCLIPS144 – 187) |
| 5 | 09/11/18 | | | Cinclips® Product in packaging |
| 6 | 09/11/18 | | | Cinclips® marketing (CINCLIPS000584 – 605) |
| 7 | 09/11/18 | | | Cinclips® Amazon search (CINCLIPS000314 – 323) |
| 8 | 09/11/18 | | | Cinclips® Usage (CINCLIPS000328 – 331) |
| 9 | 09/11/18 | | | Prior Usage (ZK000953) |

# PLAINTIFF'S EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 10 | 09/11/18 | | | U Mounts furing strip usage document – ZK000934 |
| 11 | 09/11/18 | | | Txt Blaine to Smith (D. Smith. Depo Ex. 4) |
| 12 | 09/11/18 | | | Letter Pollack to Geitner – 2017-05-13 (D. Smith Depo Ex. 19) |
| 13 | 09/11/18 | | | Original U-Mount Product |
| 14 | 09/11/18 | | | Modified U-Mount Product |
| 15 | 09/11/18 | | | U.S. Patent No. 9,637,898 (D. Smith Depo Ex. 20) |
| 16 | 09/11/18 | | | '898 Patent File History |
| 17 | 09/11/18 | | | '898 Patent Assignment |
| 18 | 09/11/18 | | | Letter Pollack to Smith – 2016-03-18 |
| 19 | 09/11/18 | | | Amazon Search (phone) (CINCLIPS000692) |
| 20 | 09/11/18 | | | Alpha Invoices – CINCLIPS000189 – 292 |
| 21 | 09/11/18 | | | Cinclips® POs – CINCLIPS000345 – 457 |
| 22 | 09/11/18 | | | Cinclips® POs (Braxon Bragg) (CINCLIPS000332, 354, 355, 364, 373, 374, 376, 386, 388, 391, 392, 393, 395, 398, 402, 406, 410, 416, 417, 422, 427, 433, 435, 445, 455) |
| 23 | 09/11/18 | | | Cinclips® Invoices (CINCLIPS000458 – 583) |
| 24 | 09/11/18 | | | Cinclips® Invoices (Braxton Bragg) (CINCLIPS000467, 484, 485, 492, 500, 501, 502, |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | 504, 513, 514, 517, 519, 520, 521, 523, 525, 527, 533, 536, 541, 543, 549, 554, 557, 560, 571, 572, 580, 581) |
| 25 | 09/11/18 | | | PayPal Invoicing – CINCLIPS000606 – 675 |
| 26 | 09/11/18 | | | GoClips LLC.PDF – document produced by Braxton Bragg (D. Smith. Depo. Ex. 15) |
| 27 | 09/11/18 | | | U Mount design documents – ZK000488-492 |
| 28 | 09/11/18 | | | U Mount use documents – ZK000493-497 |
| 29 | 09/11/18 | | | U Mount original tooling (ZK000937) |
| 30 | 09/11/18 | | | U Mount Chinese Orders (ZK000964, 965, 963) |
| 31 | 09/11/18 | | | U Mounts Sales Summary (ZK000954 – D  Smith Depo Ex. 18) |
| 32 | 09/11/18 | | | U Mounts Sales Details (ZK000924 – 926 – D Smith Depo Ex. 14) |
| 33 | 09/11/18 | | | Letter Smith to Pollack 2016-05-23 |
| 34 | 09/11/18 | | | U Mounts Chinese Retooling Invoice (ZK000936 – D Smith Depo Ex. 16) |
| 35 | 09/11/18 | | | Z Keepers Website (D Smith Depo Ex. 2) |
| 36 | 09/11/18 | | | Z Keepers Website 2018-08-30 (CINCLIPS000694-705) |
| 37 | 09/11/18 | | | Z Keepers Amazon Printouts 2018-08-30 (CINCLIPS000706-732) |
| 38 | 09/11/18 | | | Letter Smith to Blaine 2017-12-01 |

## PLAINTIFF'S EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 39 | 09/11/18 | | | U.S. Patent No. 9,828,754 |
| 40 | 09/17/18 | | | Defendant's Response to 1st Request for Admissions |
| 41 | 09/17/18 | | | Amazon Sales 1099 (CINCLIPS000733) |
| 42 | 09/17/18 | | | Amazon Sales 2018 (CINCLIPS-000734-737) |
| 43 | 09/17/18 | | | Cinclips Purchase Orders (CINCLIPS00738 – 900) |

September 21, 2018

*/s/ Woodrow H Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
Shutts & Bowen, LLP
4301 W Boy Scout Blvd
Suite 300
Tampa, FL 33607
(813) 463-4894
(813) 227-8234 (facsimile)
wpollack@shutts.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack