# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CINCLIPS, LLC,

       Plaintiff,

vs.

Case No. 8:16-CV-01067-SDM-JSS

Z KEEPERS, LLC,

       Defendant.

_____/

## PLAINTIFF'S OBJECTIONS TO Z KEEPERS EXHIBIT LIST

|  | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|---|
| 1. |  |  |  | U.S. Patent 9,133,609 B2 CINCLIPS000001-14 |  |
| 2. |  |  |  | '609 Patent File History CINCLIPS000015-139 |  |
| 3. |  |  |  | '609 Patent Assignment CINCLIPS000140-143 |  |
| 4. |  |  |  | '609 Patent Invalidity Claim Chart [DE 59-3] | A, C, H, I, M, P, R, W |
| 5. |  |  |  | '609 Patent Invalidity Claim [DE 59-4] | A, C, H, M, P, R, W |
| 6. |  |  |  | '748 App. File History CINCLIPS000144-187 |  |
| 13. |  |  |  | I-beam structure referenced in Wikipedia / Wayback 7/20/2012 | DELETED BY DEF - DUP 41 |
| 14. |  |  |  | Defendant's U-Mount Product |  |

A = Authenticity/Foundation (FRE 901); C - Confusing (FRE 403); H - Hearsay (FRE 802); HWH Hearsay within hearsay (FRE 802/805); I - Incomplete (FRE 106); M - Misleading (FRE 403); P - Unduly Prejudicial (FRE 403); R - Relevancy (FRE 401); W - Wasting time (FRE 403)

| # | | | | | Description | Codes |
|---|---|---|---|---|---|---|
| 15. | | | | | Defendant's U-Mount redesigned product | |
| 16. | | | | | Premium Spruce Furring Strip Board | C, R, W |
| 17. | | | | | Furring strip and wedge cut | A, C, H, M, P, R, W |
| 18. | | | | | Rubbermaid Slotted Spoon 1974 black | R |
| 19. | | | | | Furring strip used by Stone Improvements Corp. since 1997 | A, C, H, M, P, R, W |
| 23. | | | | | Cinclips Product | |
| 31. | | | | | Design picture – ZK000001 | |
| 32. | | | | | Design picture – ZK000002 | A, C, H, I, M, P, R, W |
| 33. | | | | | '731 Application file history ZK000003 –ZK000184 | |
| 35. | | | | | Letter dated April 21, 2016 from Stephen J. Stark to Woodrow Pollack – ZK00230-ZK000234<br><br>I Beam examples ZK 235-236 | A, C, H, I, M, P, R, W |
| 37. | | | | | '424 Application file history ZK000356-ZK000471 | |
| 38. | | | | | Letter dated March 18, 2016 from Woodrow H. Pollack to Michael Smith ZK000472-487 | |
| 39. | | | | | U Mount design documents – ZK000488-492 | |
| 40. | | | | | U Mount exemplars and furring strip origin – ZK000493-498 | A, C, H, I, M, P, R, W |

| | | | | | |
|---|---|---|---|---|---|
| 41. | | | | I-beam prior art – ZK000499-ZK000507 | A, C, H, HWH, I, M, P, R, W |
| 42. | | | | US 4,047,340 – ZK000508-ZK000524 | R, C, W |
| 43. | | | | Internet catalog of Rubbermaid Slotted Spoon – ZK000525-ZK000531 | DELETED BY DEF - DUP 18 |
| 44. | | | | Plastic I-beam – ZK000532 | A, C, R |
| 45. | | | | US 7,429,021 B2 – ZK000533-541 | |
| 46. | | | | US 8,166,618 B2 – ZK000542-554 | |
| 47. | | | | US 5,014,371 – ZK000555-564 | |
| 48. | | | | US 5,6664,265 – ZK000565-574 | |
| 49. | | | | US 5,538,206 – ZK000575-579 | |
| 50. | | | | US 2012-0222213 A1 – ZK000580-601 | |
| 51. | | | | US 5,911,521 – ZK000602-609 | |
| 52. | | | | US 4,504,986 – ZK000610-615 | |
| 53. | | | | US 4,432,106 – ZK000616-621 | |
| 54. | | | | US 3,022,519 – ZK000622-625 | |
| 55. | | | | US 3,412,727 – ZK000626-629 | |
| 56. | | | | US 2008-0313804 A1 – ZK000630-660 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57. | | | | | US 2,846,695 – ZK000661-663 | |
| 58. | | | | | US Application 2010/0301175 A1 – ZK000664-685 | |
| 59. | | | | | US 8,146,873 B2 – ZK000686-691 | |
| 60. | | | | | US 8,070,110 B2 – ZK000692-703 | |
| 61. | | | | | US 1,253,924 – ZK000704-706 | |
| 62. | | | | | US 3,365,732 – ZK000707-710 | |
| 63. | | | | | US 8,356,367 B2 – ZK000711-728 | |
| 64. | | | | | US 3,229,310 – ZK000729-732 | |
| 65. | | | | | US 5,743,501 – ZK000733-740 | |
| 66. | | | | | US 7,698,753 B2 – ZK000741-751 | |
| 67. | | | | | US 4,613,995 – ZK000752-756 | |
| 68. | | | | | U-mounts Sales by Product/Service Summary ZK000757 | |
| 69. | | | | | Sales and costs of U-Mounts – ZK000758 | A, C, H, I, M, P, R, W |
| 70. | | | | | Letter dated May 23, 2016 from David Smith to Woodrow Pollack – ZK000759 | |
| 71. | | | | | Application 62044369 – ZK000763 – ZK000765 | |

|  |  |  |  |  | ZK000488-000497 |  |
|---|---|---|---|---|---|---|
| 72. |  |  |  |  | Letter dated June 14, 2016 from David Smith to Woodrow Pollack – ZK000766 |  |
| 73. |  |  |  |  | Abstract '609 attached to 6-14-2016 ltr – ZK000767 | NOW 72 |
| 74. |  |  |  |  | U-mounts chart with photograph attached to 6-14-2016 ltr – ZK000768 – ZK000769 | NOW 72 |
| 75. |  |  |  |  | '609 Claim 8 description attached to 6-14-2016 ltr – ZK000770 | NOW 72 |
| 76. |  |  |  |  | '609 Claim 16 description attached to 6-14-2016 ltr – ZK000771 | NOW 72 |
| 77. |  |  |  |  | Description of the Drawings of One-piece Mounting Driver attached to 6-14-2016 ltr – ZK000772-ZK000773 | NOW 72 |
| 78. |  |  |  |  | Electronic Acknowledgment Receipt for application number 62044369 – ZK000774 – ZK000776; ZK000488-000497 | Dup of 71 |
| 79. |  |  |  |  | GranQuartz internet catalog – ZK000799-ZK000814 | A, C, H, W |
| 80. |  |  |  |  | Braxton-Bragg internet catalog – ZK000815-818 |  |
| 81. |  |  |  |  | U Mounts sales sheet – ZK000819-821 |  |
| 82. |  |  |  |  | '683 Notice of Publication of Application ZK000822 |  |

5

| | | | | | |
|---|---|---|---|---|---|
| 83. | | | | '683 Office Action Summary – ZK000824-ZK000837 | |
| 84. | | | | '683 Disclosure Statement – ZK000838-845 | |
| 85. | | | | '683 Preliminary Amendment – ZK000846-862 | |
| 86. | | | | '748 File history - ZK000863-923 | |
| 87. | | | | U Mounts sales sheet – ZK000924-926 | |
| 88. | | | | Invoice 20140522 for mold – ZK000927 | |
| 89. | | | | Florida Department of State Electronic Filing for Z Keprs, LLC - ZK000928 | R, I |
| 90. | | | | Articles of Organization for Z Keepers LLC – ZK000929 | R, I |
| 91. | | | | U Mounts photo – ZK000953 | Mislabeled |
| 93. | | | | Photo of use of furring strip – ZK000934 | A, H, HWH |
| 94. | | | | U Mounts design document – ZK000935 | |
| 95. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000936 | |
| 96. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140522 – ZK000937 | |
| 97. | | | | Definitions of "A long" - ZK000938- ZK000951 | A, H, R |

| | | | | | | |
|---|---|---|---|---|---|---|
| 98. | | | | | Amazon screenshot of wedge cut furring strip under mount supports, Support – ZK000952 | A, H, R, I, M, W |
| 99. | | | | | U Mounts sales document – ZK000954 | |
| 100. | | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20150730 – ZK000963 | |
| 101. | | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140827 – ZK000964 | |
| 102. | | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000965 | |
| 103. | | | | | Deposition Transcript of David Smith | R, H |
| 104. | | | | | D. Smith Depo Exhibit 4 | |
| 105. | | | | | D. Smith Depo Exhibit 5 with physical makeup of single driver | R, M, P, W |
| 106. | | | | | D. Smith Depo Exhibit 6 with physical makeup of single driver | R, M, P, W |
| 107. | | | | | D. Smith Depo Exhibit 7 | |
| 108. | | | | | D. Smith Depo Exhibit 8 | R, M, P, H, W |
| 109. | | | | | D. Smith Depo Exhibit 14 | |
| 110. | | | | | D. Smith Depo Exhibit 16 | |
| 111. | | | | | D. Smith Depo Exhibit 17 | A, C, H, I, M, P, R, W |
| 112. | | | | | D. Smith Depo Exhibit 18 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 113. | | | | | May 26, 2017 Electronic Correspondence from Elbert Wu to David Smith | A, C, H, I, M, P, R, W |
| 114. | | | | | Z Keepers' Claim Construction Terms | R, C, W |
| 115. | | | | | Plaintiff's Answers to Interrogatories | R, I |
| 116. | | | | | Joint Claim Construction Statement [DE 32] | R, C, W |
| 117. | | | | | Plaintiff's Opening Claim Construction Brief with Exhibit [DE 33] | R, C, W |
| 118. | | | | | Defendant's Claim Construction Opposition Brief [DE 35] | R, C, W |
| 119. | | | | | Defendant's Opposition to Plaintiff's Motion for Summary Judgment [DE 59] | R, C, W |
| 120. | | | | | Affidavit of David Smith [DE 59-1] | R, C, W |
| 121. | | | | | Affidavit of Alan Kaiser [DE 59-2] | A, R, H, C, W |
| 122. | | | | | 1 min 33 sec video of construction of furring strip | A, R, C, M, W |
| 123. | | | | | Amazon packing slip to Woody Pollack dated 6/2/2017, 8:07 PM | R, W |
| 124. | | | | | Cornerstone Granite photograph of Cinclips Undermount kit | A, C, H, I, M, P, R, W |
| 125. | | | | | Cornerstone Granite photographs of Cinclips box with pricing | A, C, H, I, M, P, R, W |

| # | | | | | Description | Objections |
|---|---|---|---|---|---|---|
| 126. | | | | | Letter dated April 21, 2016 from Stephen J. Stark to Woodrow H. Pollack | A, H, M, P, R, W |
| 127. | | | | | Image of Furring Strip and UMount comparison - ZK 0000185 | A, C, H, I, M, P, R, W |
| 128. | | | | | Plaintiff's Initial Disclosures | R, C, W |
| 129. | | | | | Plaintiff's Answers to Requests for Production and production set | R, C, W |
| 130. | | | | | Image – wedge cap and furring strip | R, M, P, W |
| 131. | | | | | Image – wedge cap and bridge clip | A, R, M, P, W |
| 133. | | | | | Cabinet demo of CinClips and single driver | A, R, M, P, W |
| 134. | | | | | Cabinet demo of U-Mounts and revised U Mounts | |
| 135. | | | | | Closetmaid wire shelving installation publication 2001 | A, R, H, C, W, FRCP 26 |
| 136. | | | | | Angular orientation v. Angularly oriented comparison | A, R, H, W, FRCP 26 |
| 137. | | | | | Text exchange 1/28/2015 | |
| 138. | | | | | Furring strip configs and Umount | A, R, C, W, FRCP 26 |
| 139. | | | | | Furring strip configs | A, R, C, W, FRCP 26 |
| 140. | | | | | Text with knockoff GoClips | A, R, W, FRCP 26 |

In addition Defendant reserves the right to seek the introduction of any exhibit identified by Plaintiff in Exhibit A to the Pre-trial Statement.