# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CINCLIPS, LLC,

    Plaintiff,

vs.

Z KEEPERS, LLC,

    Defendant.

_____/

Case No. 8:16-CV-01067-SDM-JSS

☐ Evidentiary
☑ Trial
☐ Other

## DEFENDANT'S EXHIBIT LIST

| Ex. # | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 1. | | | | U.S. Patent 9,133,609 B2 CINCLIPS000001-14 |
| 2. | | | | '609 Patent File History CINCLIPS000015-139 |
| 3. | | | | '609 Patent Assignment CINCLIPS000140-143 |
| 4. | | | | '609 Patent Invalidity Claim Chart [DE 59-3] |
| 5. | | | | '609 Patent Invalidity Claim [DE 59-4] |
| 6. | | | | '748 App. File History CINCLIPS000144-187 |
| 14. | | | | Defendant's U-Mount Product |
| 15. | | | | Defendant's U-Mount redesigned product |
| 16. | | | | Premium Spruce Furring Strip Board |

| Ex. # | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 17. | | | | Furring strip and wedge cut |
| 18. | | | | Rubbermaid Slotted Spoon 1974 black<br><br>Slotted spoon also disclosed as demonstrative 9-13-2018 |
| 19. | | | | Furring strip used by Stone Improvements Corp. since 1997 |
| 23. | | | | Cinclips Product |
| 31. | | | | Design picture – ZK000001 |
| 32. | | | | Design picture – ZK000002 |
| 33. | | | | '731 Application file history ZK000003 –ZK000184 |
| 35. | | | | Letter dated April 21, 2016 from Stephen J. Stark to Woodrow Pollack – ZK00230-ZK000234<br><br>I Beam examples ZK 235-236 |
| 37. | | | | '424 Application file history ZK000356-ZK000471 |
| 38. | | | | Letter dated March 18, 2016 from Woodrow H. Pollack to Michael Smith ZK000472-487 |
| 39. | | | | U Mount design documents – ZK000488-492 |
| 40. | | | | U Mount exemplars and furring strip origin – ZK000493-498 |
| 41. | | | | I-beam prior art – ZK000499-ZK000507 |
| 42. | | | | US 4,047,340 – ZK000508-ZK000524 |

# DEFENDANT'S EXHIBIT LIST – CONTINUATION SHEET

| Ex. # | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 44. | | | | Plastic I-beam – ZK000532 |
| 45. | | | | US 7,429,021 B2 – ZK000533-541 |
| 46. | | | | US 8,166,618 B2 – ZK000542-554 |
| 47. | | | | US 5,014,371 – ZK000555-564 |
| 48. | | | | US 5,6664,265 – ZK000565-574 |
| 49. | | | | US 5,538,206 – ZK000575-579 |
| 50. | | | | US 2012-0222213 Al – ZK000580-601 |
| 51. | | | | US 5,911,521 – ZK000602-609 |
| 52. | | | | US 4,504,986 – ZK000610-615 |
| 53. | | | | US 4,432,106 – ZK000616-621 |
| 54. | | | | US 3,022,519 – ZK000622-625 |
| 55. | | | | US 3,412,727 – ZK000626-629 |
| 56. | | | | US 2008-0313804 A1 – ZK000630-660 |
| 57. | | | | US 2,846,695 – ZK000661-663 |
| 58. | | | | US Application 2010/0301175 A1 – ZK000664-685 |
| 59. | | | | US 8,146,873 B2 – ZK000686-691 |
| 60. | | | | US 8,070,110 B2 – ZK000692-703 |
| 61. | | | | US 1,253,924 – ZK000704-706 |
| 62. | | | | US 3,365,732 – ZK000707-710 |
| 63. | | | | US 8,356,367 B2 – ZK000711-728 |
| 64. | | | | US 3,229,310 – ZK000729-732 |

| Ex. # | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 65. | | | | US 5,743,501 – ZK000733-740 |
| 66. | | | | US 7,698,753 B2 – ZK000741-751 |
| 67. | | | | US 4,613,995 – ZK000752-756 |
| 68. | | | | U-mounts Sales by Product/Service Summary ZK000757 |
| 69. | | | | Sales and costs of U-Mounts – ZK000758 |
| 70. | | | | Letter dated May 23, 2016 from David Smith to Woodrow Pollack – ZK000759 |
| 71. | | | | Application 62044369 – ZK000763 – ZK000765 ZK000488-000497 |
| 72. | | | | Letter dated June 14, 2016 from David Smith to Woodrow Pollack – ZK000766 with attachments ZK 000767 - 000773 |
| 79. | | | | GranQuartz internet catalog – ZK000799-ZK000814 |
| 80. | | | | Braxton-Bragg internet catalog – ZK000815-818 |
| 81. | | | | U Mounts sales sheet – ZK000819-821 |
| 82. | | | | '683 Notice of Publication of Application ZK000822 |
| 83. | | | | '683 Office Action Summary – ZK000824-ZK000837 |
| 84. | | | | '683 Disclosure Statement – ZK000838-845 |

# DEFENDANT'S EXHIBIT LIST – CONTINUATION SHEET

| Ex. # | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 85. | | | | '683 Preliminary Amendment – ZK000846-862 |
| 86. | | | | '748 File history - ZK000863-923 |
| 87. | | | | U Mounts sales sheet – ZK000924-926 |
| 89. | | | | Florida Department of State Filing Articles for Z Keprs, LLC - ZK000928-929 |
| 91. | | | | Furring strip example - ZK000953 |
| 94. | | | | U Mounts design document – ZK000935 |
| 95. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000936 |
| 96. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140522 – ZK000937 |
| 97. | | | | Definitions of "A long" - ZK000938-ZK000951 |
| 98. | | | | Amazon screenshot of wedge cut furring strip under mount supports, Support – ZK000952 |
| 99. | | | | U Mounts sales document – ZK000954 |
| 100. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20150730 – ZK000963 |
| 101. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20140827 – ZK000964 |
| 102. | | | | Yuyao Lian Tong Plastic Mould Co., Ltd. Invoice #20160221 – ZK000965 |
| 103. | | | | Deposition Transcript of David Smith |
| 104. | | | | D. Smith Depo Exhibit 4 |

| Ex. # | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 105. | | | | D. Smith Depo Exhibit 5 with physical makeup of single driver |
| 106. | | | | D. Smith Depo Exhibit 6 with physical makeup of single driver |
| 107. | | | | D. Smith Depo Exhibit 7 |
| 113. | | | | May 26, 2017 Electronic Correspondence from Elbert Wu to David Smith |
| 115. | | | | Plaintiff's Answers to Interrogatories |
| 117. | | | | Plaintiff's Opening Claim Construction Brief with Exhibits [DE 33] |
| 122. | | | | 1 min 33 sec video of construction of furring strip |
| 123. | | | | Amazon packing slip to Woody Pollack dated 6/2/2017, 8:07 PM |
| 124. | | | | Cornerstone Granite photograph of Cinclips Undermount kit |
| 125. | | | | Cornerstone Granite photographs of Cinclips box with pricing |
| 127. | | | | Image of Furring Strip and UMount comparison - ZK 0000185 |
| 130. | | | | Image – wedge cap and furring strip |
| 131. | | | | Image – wedge cap and bridge clip |
| 133. | | | | Cabinet demo of CinClips and single driver |
| 134. | | | | Cabinet demo of U-Mounts and revised U Mounts |

## DEFENDANT'S EXHIBIT LIST – CONTINUATION SHEET

| Ex. # | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 135. | | | | Closetmaid wire shelving installation publication 2001 |
| 136. | | | | Angular orientation v. Angularly oriented comparison |
| 138. | | | | Furring strip configs and Umount |
| 139. | | | | Furring strip configs |
| 140. | | | | Text with knockoff GoClips |
| 141. | | | | Demonstrative image disclosed 9-20-2018 |
| 142. | | | | Demonstrative image disclosed 9-21-2018 |
| 143. | | | | Demonstrative image disclosed 9-21-2018 |
| 144. | | | | Demonstrative image disclosed 9-21-2018 |

Defendant reserves the right to seek the introduction of any exhibit identified by Plaintiff in its Exhibit List.

Respectfully submitted,

**FISHER BROYLES, LLP**

*/s/ Charles G. Geitner*
Charles G. Geitner, Esq.
Florida Bar No.: 85170
100 S. Ashley Dr., Suite 600
Tampa, FL 33602
(813) 724-3140
(813) 724-3179 (facsimile)
Charles.Geitner@FisherBroyles.com

and

Jeffrey S. Dixon, *pro hac vice*

**DEFENDANT'S EXHIBIT LIST – CONTINUATION SHEET**

Illinois Bar No. 6291231
**Cygan Law Offices, P.C.**
1600 Golf Road, Suite 1200
Rolling Meadows IL, 60008
847-956-4915
Fax: 888-416-8495
*Attorneys for Defendant,*
*Z Keepers, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Charles G. Geitner*
Charles G. Geitner, Esq.