# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CINCLIPS, LLC,**
a Georgia Limited Liability Company,

    Plaintiff,

v.                                                                                        Case No.: 8:16-cv-01067-JSS

**Z KEEPERS, LLC,**                                  ☐      Evidentiary
a Florida Limited Liability Company,       ☑      Trial

    Defendant.                                         ☐      Other
_____/

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit | Def. Objections[1] |
|---|---|---|---|---|---|
| 1 | 09/11/18 | | | U.S. Patent No. 9,133,609 (CINCLIPS 000001 – 000014) | |
| 2 | 09/11/18 | | | '609 Patent File History (CINCLIPS000015 – 139) | |
| 3 | 09/11/18 | | | '609 Patent Assignment (CINCLIPS000140 – 143) | |
| 4 | 09/11/18 | | | U.S. Patent App. 61/894,748 (CINCLIPS144 – 187) | |

---

[1] Abbreviations used in exhibit objections:
R – Irrelevant (FRE 401)
P – Prejudice (FRE 403)
F – Foundation /Authenticity (FRE 901)
H – Hearsay (FRE 802)
M – Misleading/Confusing (FRE 403)
I – Incomplete (FRE 106)
C – Cumulative (FRE 403)
W – Wastes Time (FRE 403)
U - Untimely Production shortly before trial
L – Precluded by Order granting Def. Motion in Limine

**PLAINTIFF'S EXHIBIT LIST – CONTINUATION SHEET**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit | Def. Objections[1] |
|---|---|---|---|---|---|
| 5 | 09/11/18 | | | Cinclips® Product in packaging | |
| 6 | 09/11/18 | | | Cinclips® marketing (CINCLIPS000584 – 605) | |
| 7 | 09/11/18 | | | Cinclips® Amazon search (CINCLIPS000314 – 323) | |
| 8 | 09/11/18 | | | Cinclips® Usage (CINCLIPS000328 – 331) | |
| 9 | 09/11/18 | | | Prior Usage (ZK000953) | |
| 10 | 09/11/18 | | | U Mounts furing strip usage document – ZK000934 | |
| 11 | 09/11/18 | | | Txt Blaine to Smith (D. Smith. Depo Ex. 4) | |
| 12 | 09/11/18 | | | Letter Pollack to Geitner – 2017-05-13 (D. Smith Depo Ex. 19) | L, R, P, M, W, U |
| 13 | 09/11/18 | | | Original U-Mount Product | |
| 14 | 09/11/18 | | | Modified U-Mount Product | |
| 15 | 09/11/18 | | | U.S. Patent No. 9,637,898 (D. Smith Depo Ex. 20) | L, R, P, M, W, U |
| 16 | 09/11/18 | | | '898 Patent File History | L, R, P, M, W, U |
| 17 | 09/11/18 | | | '898 Patent Assignment | L, R, P, M, W, U |
| 18 | 09/11/18 | | | Letter Pollack to Smith – 2016-03-18 | |
| 19 | 09/11/18 | | | Amazon Search (phone) (CINCLIPS000692) | U, F, P, R, W |

**PLAINTIFF'S EXHIBIT LIST – CONTINUATION SHEET**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit | Def. Objections[1] |
|---|---|---|---|---|---|
| 20 | 09/11/18 | | | Alpha Invoices – CINCLIPS000189 – 292 | |
| 21 | 09/11/18 | | | Cinclips® POs – CINCLIPS000345 – 457 | |
| 22 | 09/11/18 | | | Cinclips® POs (Braxon Bragg) (CINCLIPS000332, 354, 355, 364, 373, 374, 376, 386, 388, 391, 392, 393, 395, 398, 402, 406, 410, 416, 417, 422, 427, 433, 435, 445, 455) | |
| 23 | 09/11/18 | | | Cinclips® Invoices (CINCLIPS000458 – 583) | |
| 24 | 09/11/18 | | | Cinclips® Invoices (Braxton Bragg) (CINCLIPS000467, 484, 485, 492, 500, 501, 502, 504, 513, 514, 517, 519, 520, 521, 523, 525, 527, 533, 536, 541, 543, 549, 554, 557, 560, 571, 572, 580, 581) | |
| 25 | 09/11/18 | | | PayPal Invoicing – CINCLIPS000606 – 675 | |
| 26 | 09/11/18 | | | GoClips LLC.PDF – document produced by Braxton Bragg (D. Smith. Depo. Ex. 15) | |
| 27 | 09/11/18 | | | U Mount design documents – ZK000488-492 | |
| 28 | 09/11/18 | | | U Mount use documents – ZK000493-497 | |
| 29 | 09/11/18 | | | U Mount original tooling (ZK000937) | |
| 30 | 09/11/18 | | | U Mount Chinese Orders (ZK000964, 965, 963) | |

## PLAINTIFF'S EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit | Def. Objections[1] |
|---|---|---|---|---|---|
| 31 | 09/11/18 | | | U Mounts Sales Summary (ZK000954 – D Smith Depo Ex. 18) | |
| 32 | 09/11/18 | | | U Mounts Sales Details (ZK000924 – 926 – D Smith Depo Ex. 14) | |
| 33 | 09/11/18 | | | Letter Smith to Pollack 2016-05-23 | |
| 34 | 09/11/18 | | | U Mounts Chinese Retooling Invoice (ZK000936 – D Smith Depo Ex. 16) | |
| 35 | 09/11/18 | | | Z Keepers Website (D Smith Depo Ex. 2) | |
| 36 | 09/11/18 | | | Z Keepers Website 2018-08-30 (CINCLIPS000694-705) | |
| 37 | 09/11/18 | | | Z Keepers Amazon Printouts 2018-08-30 (CINCLIPS000706-732) | U, P, F |
| 38 | 09/11/18 | | | Letter Smith to Blaine 2017-12-01 | |
| 39 | 09/11/18 | | | U.S. Patent No. 9,828,754 | |
| 40 | 09/17/18 | | | Defendant's Response to 1st Request for Admissions | |
| 41 | 09/17/18 | | | Amazon Sales 1099 (CINCLIPS000733) | U, F, W |
| 42 | 09/17/18 | | | Amazon Sales 2018 (CINCLIPS-000734-737) | U, F, W |
| 43 | 09/17/18 | | | Cinclips Purchase Orders (CINCLIPS00738 – 900) | U, F, C, M |

# PLAINTIFF'S EXHIBIT LIST – CONTINUATION SHEET

**FISHER BROYLES, LLP**

*/s/ Charles G. Geitner*
Charles G. Geitner, Esq.
Florida Bar No.: 85170
100 S. Ashley Dr., Suite 600
Tampa, FL 33602
(813) 724-3140
(813) 724-3179 (facsimile)
Charles.Geitner@FisherBroyles.com

and

Jeffrey S. Dixon, *pro hac vice*
Illinois Bar No. 6291231
**Cygan Law Offices, P.C.**
1600 Golf Road, Suite 1200
Rolling Meadows IL, 60008
847-956-4915
Fax: 888-416-8495
*Attorneys for Defendant,*
*Z Keepers, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Charles G. Geitner*
Charles G. Geitner, Esq.