IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **CINCLIPS, LLC,**<br>　a Georgia Limited Liability Company<br><br>**Plaintiff,**<br><br>v.<br><br>**Z KEEPERS, LLC,**<br>　a Florida Limited Liability Company,<br><br>**Defendant.** | Civil Action No. 8:16-cv-01067-JSS |

## PLAINTIFF'S AMENDED PROPOSED JURY INSTRUCTION NO. 8

# REQUESTED JURY INSTRUCTION NO. 8
# WILLFUL INFRINGEMENT

If you find that it is more likely than not that Z Keepers infringed a valid claim of Cinclips' patent, either literally or under the doctrine of equivalents, then you must also determine whether or not Z Keepers' infringement was willful.

To show that Z Keepers' infringement was willful, Cinclips must prove by a preponderance of the evidence that Z Keepers knew of Cinclips' patent and intentionally infringed it. For example, you may consider whether Z Keepers' behavior was malicious, wanton, deliberate, consciously wrongful, or in bad faith. However, you may not find that Z Keepers' infringement was willful merely because Z Keepers knew about the patent, without more. In determining whether Cinclips has proven that Z Keepers' infringement was willful, you must consider all of the circumstances and assess Z Keepers' knowledge at the time the challenged conduct occurred.

If you determine that any infringement was willful, you may not allow that decision to affect the amount of any damages award you give for infringement.

|                    |            |
|--------------------|------------|
| Given              | _____ |
| Given as Modified  | _____ |
| Denied             | _____ |
| Withdrawn          | _____ |

## AUTHORITY

American Intellectual Property Law Association, Model Patent Jury Instruction 12.0

*Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923 (2016); *WesternGeco L.L.C. v. Ion Geophysical Corp.*, No. 2013-1527 (Fed. Cir. Sept. 21, 2016); *WBIP, LLC v. Kohler Co.*, No. 2015-1038, 2016 WL 3902668, at *15 (Fed. Cir. July 19, 2016).