UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

Cinclips, LLC v. Z Keepers, LLC
8:16-cv-1067-T-JSS

| | |
|---|---|
| **Date**: September 24, 2018 | **Court Reporter**: Nikki Peters |
| | **Interpreter**: N/A |
| **Time**: 9:03 AM–5:05 PM | Total: 6 hr. 23 min. | **Deputy Clerk**: Jessica Bennett |
| **Plaintiff's Counsel** | **Defense Counsel** |
| Woodrow Pollack, Esq. | Charles Geitner, Esq. |
| | Jeffrey Dixon, Esq. |

**Jury Trial: Day 1**

9:03 AM: Court addresses preliminary matters with counsel.

9:24 AM: Prospective jury enters. Voir dire by Court and counsel.

10:30 AM: Jury challenges addressed at sidebar.

10:35 AM: Jury selected and sworn.

10:40 AM: Video published to jury as agreed by counsel.

10:59 AM: Court provides preliminary jury instructions to jury.

11:29 AM–11:48 AM: Recess.

11:50 AM: Rule of Sequestration invoked. Opening statements by counsel.

12:44 PM–1:50 PM: Recess.

2:06 PM: Direct examination of Dow Blaine by Mr. Pollack.

Plaintiff's Exhibits 1, 3, 5, 7–11, 13, 18, 20, 21, 23, 25, 33, 35, 36, 41 admitted into evidence without objection. Plaintiff's Exhibits 42–43 admitted into evidence over Defendant's objection.

3:52 PM–4:06 PM: Recess.

4:10 PM: Continuation of direct examination of Dow Blaine by Mr. Pollack.

4:18 PM: Jury excused.

4:20 PM: Court addresses exhibit objections with counsel.

5:05 PM: Court adjourned. Trial will resume on Tuesday, September 25, 2018, at 8:30 a.m.