UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Cinclips, LLC v. Z Keepers, LLC
8:16-cv-1067-T-JSS

| **Date**: September 25, 2018 | **Court Reporter**: Nikki Peters |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 9:01 AM–5:20 PM | Total: 6 hr. 47 min. | **Deputy Clerk**: Jessica Bennett |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Woodrow Pollack, Esq. | Charles Geitner, Esq. |
|  | Jeffrey Dixon, Esq. |

| **Jury Trial: Day 2** |
|---|

9:01 AM: Court in session. Cross-examination of Dow Blaine by Mr. Geitner.

10:21 AM–10:34 AM: Recess.

10:35 AM: Continuation of cross-examination of Mr. Blaine by Mr. Geitner.

Defendant's Exhibits 2, 2A, 2B, and 61 admitted into evidence without objection.

11:11 AM: Redirect examination of Mr. Blaine by Mr. Pollack.

Plaintiff's Exhibits 14 and 44 admitted into evidence without objection. Defendant's Exhibit 145 admitted into evidence without objection.

11:58 AM–12:56 PM: Recess.

12:58 PM: Direct examination of David Smith by Mr. Pollack.

Plaintiff's Exhibits 29, 30, 31, 32, and 35 admitted into evidence without objection.

1:23 PM: Plaintiff rests. Direct examination of Devon Bogue by Mr. Geitner.

1:42 PM: Cross-examination of Mr. Bogue by Mr. Pollack.

1:45 PM: Direct examination of Mr. Blaine by Mr. Dixon.

2:32 PM–2:43 PM: Recess.

Defendant's Exhibit 58 admitted into evidence without objection.

2:45 PM: Continuation of direct examination of Mr. Blaine by Mr. Dixon.

3:20 PM: Cross-examination of Mr. Blaine by Mr. Pollack.

3:22 PM–3:32 PM: Recess.

3:33 PM: Direct examination of Mr. Smith by Mr. Geitner.

Defendant's Exhibits 139A, 139B, and 139C admitted into evidence without objection.

4:30 PM: Jury excused. Court addresses jury instructions with counsel.

5:20 PM: Court adjourned. Trial will resume on Wednesday, September 26, 2018, at 8:30 a.m.