UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CINCLIPS, LLC,

    Plaintiff,

v.                                                     Case No: 8:16-cv-1067-T-JSS

Z KEEPERS, LLC,

    Defendant.
_____/

## **VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that the Judge has explained to you.

We the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as our verdict in this case.

[PROCEED TO THE NEXT PAGE]

# INFRINGEMENT

1. **Direct Infringement**

Has Cinclips proven by a preponderance of the evidence that Z Keepers directly infringed the respective claim of the '609 Patent? (CIRCLE YES OR NO)

| CLAIM | INFRINGED (FINDING FOR CINCLIPS) | NOT INFRINGED (FINDING FOR Z KEEPERS) |
|---|---|---|
| 8 | YES | **NO** (circled) |
| Only answer 9–13 if your answer to 8 was YES | | |
| 9 | YES | NO |
| 10 | YES | NO |
| 11 | YES | NO |
| 12 | YES | NO |
| 13 | YES | NO |
| 16 | YES | **NO** (circled) |
| Only answer 17–20 if your answer to 16 was YES | | |
| 17 | YES | NO |
| 18 | YES | NO |
| 19 | YES | NO |
| 20 | YES | NO |

[PROCEED TO THE NEXT PAGE]

## 2. Induced Infringement

Has Cinclips proven by a preponderance of the evidence that Z Keepers has induced its customers to infringe the respective claims of the '609 Patent below?

(CIRCLE YES OR NO)

| CLAIM | INFRINGED (FINDING FOR CINCLIPS) | NOT INFRINGED (FINDING FOR Z KEEPERS) |
|---|---|---|
| 8 | YES | **NO** (circled) |
| Only answer 9–13 if your answer to 8 was YES | | |
| 9 | YES | NO |
| 10 | YES | NO |
| 11 | YES | NO |
| 12 | YES | NO |
| 13 | YES | NO |
| 16 | YES | **NO** (circled) |
| Only answer 17–20 if your answer to 16 was YES | | |
| 17 | YES | NO |
| 18 | YES | NO |
| 19 | YES | NO |
| 20 | YES | NO |

[PROCEED TO THE NEXT PAGE]

3. <u>**Contributory Infringement**</u>

Has Cinclips proven by a preponderance of the evidence that Z Keepers' customers have infringed the respective claims of the '609 Patent below and that Z Keepers contributed to that infringement?

(CIRCLE YES OR NO)

| CLAIM | INFRINGED (FINDING FOR CINCLIPS) | NOT INFRINGED (FINDING FOR Z KEEPERS) |
|---|---|---|
| 8 | YES | **NO** (circled) |
| Only answer 9–13 if your answer to 8 was YES ||||
| 9 | YES | NO |
| 10 | YES | NO |
| 11 | YES | NO |
| 12 | YES | NO |
| 13 | YES | NO |
| 16 | YES | **NO** (circled) |
| Only answer 17–20 if your answer to 16 was YES ||||
| 17 | YES | NO |
| 18 | YES | NO |
| 19 | YES | NO |
| 20 | YES | NO |

[PROCEED TO THE NEXT PAGE]

4. **Willful Infringement**

<u>Only answer this question if you answered yes to any of the above questions</u>.

Has Cinclips proven by a preponderance of the evidence that Z Keepers' infringing of the '609 Patent was willful?

(CIRCLE YES OR NO)

| (FINDING FOR CINCLIPS) | (FINDING FOR Z KEEPERS) |
|---|---|
| YES | NO |

[PROCEED TO THE NEXT PAGE]

## Z KEEPERS' AFFIRMATIVE DEFENSES

5. **Written Disclosure**

Has Z Keepers proven by clear and convincing evidence that the respective claim of the '609 Patent is invalid because of the failure of Cinclips to provide adequate written disclosure?

(CIRCLE YES OR NO)

| CLAIM | INVALID (FINDING FOR Z KEEPERS) | VALID (FINDING FOR CINCLIPS) |
|---|---|---|
| 8 | YES | **NO** |
| 16 | YES | **NO** |

[PROCEED TO THE NEXT PAGE]

## 6. Obviousness

Has Z Keepers proven that by clear and convincing evidence that the respective claims of the '609 Patent below are invalid because that claim would have been obvious for one of ordinary skill in the art?

(CIRCLE YES OR NO)

| CLAIM | INVALID (FINDING FOR Z KEEPERS) | VALID (FINDING FOR CINCLIPS) |
|---|---|---|
| 8 | YES | **NO** (circled) |
| Only answer 9–13 if your answer to 8 was YES | | |
| 9 | YES | NO |
| 10 | YES | NO |
| 11 | YES | NO |
| 12 | YES | NO |
| 13 | YES | NO |
| 16 | YES | **NO** (circled) |
| Only answer 17–20 if your answer to 16 was YES | | |
| 17 | YES | NO |
| 18 | YES | NO |
| 19 | YES | NO |
| 20 | YES | NO |

[PROCEED TO THE NEXT PAGE]

7. **Inequitable Conduct**

Has Z Keepers proven by clear and convincing evidence that (a) someone involved in the prosecution of Cinclips application for the '609 patent failed to supply information; (b) with intent to deceive the U.S. Patent and Trademark Office (PTO), and (c) that the PTO would not have allowed at least one claim of the '609 patent if it had been aware of the withheld information?

(CIRCLE YES OR NO)

| (FINDING FOR Z KEEPERS) | (FINDING FOR CINCLIPS) |
|---|---|
| YES | **NO** (circled) |

<u>If your answer to this question is yes, then skip to the end of this verdict form. Otherwise, answer question 8.</u>

[PROCEED TO THE NEXT PAGE]

## DAMAGES

### 8. Damages

What damages, if any, has Cinclips proven by a preponderance of the evidence were caused by Z Keepers' infringement?

$ __NONE__
(total amount, if any)

[PROCEED TO THE NEXT PAGE]

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign it and date the Verdict Form in the spaces below and notify the Court Security Officer that you have reached a verdict. The foreperson should retain possession of the Verdict Form and bring it when the jury is brought back in the Courtroom.

So say we all.

DATED: 9/27/18                    BY: _____
                                        Foreperson