IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CINCLIPS, LLC,
  a Georgia Limited Liability Company

      Plaintiff,

                                                    Case No. 8:16-cv-01067-JSS

v.

Z KEEPERS, LLC,
  a Florida Limited Liability Company,

      Defendant.
_____/

**Z KEEPERS' AMENDED 3.01(G) CERTIFICATION ON ITS
MOTION TO ENLARGE THE TIMEFRAME
FOR FILING DEFENDANT'S RULE 54(D) MOTION**

Defendant, Z KEEPERS, LLC, by and through its undersigned counsel and pursuant to this Court's Order [DE 161], amends its Middle District Local Rule 3.01(g) Certification for its Motion seeking an enlargement of the timeframe for filing its Rule 54(d) motion [DE 160] and states:

After filing Defendant's Motion for Enlargement of Time, the undersigned continued his good faith efforts to reach Plaintiff's counsel, who was out of the office, and communicated with Plaintiff's counsel the evening of October 18, 2018 and the morning of October 19, 2018 on the relief requested, and Plaintiff's counsel has indicated that he does not oppose the granting of an extension, adjusting the deadline for filing said motion to the business day after the Court rules on Defendant's Motion for Enlargement.

WHEREFORE, Defendant, Z KEEPERS, respectfully requests that this Honorable Court grant Defendant an enlargement of the timeframe stated in Rule 54(d) for filing Defendant's motion to tax attorneys' fees and costs through one business day following the Court's ruling on Defendant's Motion for Enlargement of Time, and that the Court grant such other and further relief

as the Court deems just and proper.

Respectfully submitted this 19th day of October, 2018.

**FISHER BROYLES, LLP**

*/s/ Charles G. Geitner*
Charles G. Geitner, Esq.
Florida Bar No.: 85170
100 S. Ashley Dr., Suite 600
Tampa, FL 33602
(813) 724-3140
(813) 724-3179 (facsimile)
Charles.Geitner@FisherBroyles.com

and

Jeffrey S. Dixon, *pro hac vice*
Illinois Bar No. 6291231
**Cygan Law Offices, P.C.**
1600 Golf Road, Suite 1200
Rolling Meadows IL, 60008
847-956-4915
Fax: 888-416-8495
*Attorneys for Defendant,*
*Z Keepers, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Charles G. Geitner*
Attorney