IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CINCLIPS, LLC, <br> a Georgia Limited Liability Company <br><br> Plaintiff, <br><br> v. <br><br> Z KEEPERS, LLC, <br> a Florida Limited Liability Company, <br><br> Defendant. | Civil Action No. 8:16-cv-01067-SDM0JSS |

## DECLARATION OF JEFFREY DIXON

1. I, Jeffrey Dixon, am an attorney with Cygan Law Offices, P.C. I was formerly with Hinshaw & Culbertson, LLP. I am over the age of majority, and state the following based on my personal knowledge and my review of the invoicing and billing statements that were issued by my employers to Z Keepers, LLC.

2. I have represented Z Keepers, LLC in the litigation of the above referenced case brought by Cinclips, LLC.

**Education and Professional Experience**

3. My area of practice focuses in the area of intellectual property, including a mixture of patent litigation, patent preparation and prosecution, trademark clearance, prosecution, and litigation, copyright litigation, and related client counseling.

4. I was admitted to practice law in 2007 after graduating from The John Marshall Law School in 2006. I am admitted before the United States District Court for the Northern District

of Illinois and was granted leave to appear *pro hac vice* in the instant proceeding on September 29, 2016 [DE 30].

5.     I also hold a LL.M. degree in intellectual property law from The John Marshall Law School (2008), and a B.S. degree in mechanical engineering, from the University of Nebraska-Lincoln (2003). My background in mechanical engineering and patent law assisted me in evaluating the patent claims asserted by Cinclips with respect to Z Keepers' U-Mounts device, the prosecution history of the '609 patent, Cinclips' theories of infringement, and the defenses to these claims.

**Nature and Scope of Representation**

6.     I assisted Mr. Geitner, lead counsel in this matter, and Mr. Grimland, his co-counsel, in managing the case particularly with respect to pleadings, motions, communications with the client and with opposing counsel, coordinating discovery, claim construction, and analyzing Z Keeper's non-infringement position and affirmative defenses.

7.     My pre-trial role included assisting in: the review of discovery, preparing motions and responses, identifying and analyzing Defendant's exhibits, identifying and analyzing Plaintiff's exhibits, researching prior art references, drafting and revising of the pretrial submissions, and preparing for trial.

8.     During trial, I prepared and conducted the direct examination of Mr. Blaine, and assisted in the presentation of argument regarding jury instructions and the verdict form.

9.     After the jury verdict, I have assisted Z Keepers in researching relevant issues and drafting this post trial motion relating to fees and costs.

**Timekeeping and Billing for Work Performed**

10. As part of Hinshaw & Culbertson's and Cygan Law Offices' normal practice and procedure, attorneys keep track of their time devoted to client matters, so that invoices and billing statements can be prepared for the client. Consistent with my firms' practices, I have tracked and recorded the billable time I have devoted to the above described tasks related to this litigation matter.

11. As part of the current fee petition, I have reviewed for accuracy my time entries appearing in the invoicing and billing statements to Z Keepers. As part of that review, I confirmed that the time reflected in the invoicing and billing statements alongside my name or initials accurately corresponds to time that I devoted to Z Keeper's representation.

12. Under penalty of perjury, I certify and affirm that the foregoing is true and correct to the best of my memory and the information contained within the business records of Hinshaw & Culbertson and Cygan Law Offices, P.C. that are being submitted in connection with this affidavit.

This declaration is executed this 18th day of October, 2018, by:

Jeffrey S. Dixon