## Fees and Costs Summary Table

| Time Keeper | Firm | Hours | Rate | Amount |
|---|---|---:|---|---:|
| Masson, Roger | Hinshaw | 1 | $250/hr | $ 250.00 |
| Campos, Christi | Hinshaw | 89.6 | $100/hr | $ 8,960.00 |
| Grimland, Zachary | Hinshaw | 13.9 | $250/hr | $ 3,475.00 |
| Dixon, Jeffrey | Hinshaw | 133.6 | $250/hr | $ 33,400.00 |
| Dixon, Jeffrey | Jeffrey F Dixon Atty at Law | 12 | $250 | $ 3,000.00 |
| Dixon, Jeffrey | Cygan Law | 71.4 | $250/hr | $ 17,850.00 |
| Geitner, Charles | Hinshaw | 155 | $300/hr | $ 46,320.00 |
| Geitner, Charles | FisherBroyles | 141.3 | $300/hr | $ 42,390.00 |
| | **Total Fees** | | | **$ 155,645.00** |

| Costs | Firm | | | |
|---|---|---|---|---:|
| | Hinshaw | | | $ 1,091.57 |
| | Smith, David | | | $ 7,572.86 |
| | **Total costs** | | | **$ 8,664.43** |